FILED
2003 OCT 28  A 10: 21

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

HADLEY MACPHERSON (EGAN)                    NO.  3:02CV1973 JCH

       PLAINTIFF


VS.                                         OCTOBER 24, 2003


DR. JOHN PERSING                            PLAINTIFFS' REQUEST

       and                      FOR EXTENSION OF TIME

YALE NEW HAVEN HOSPITAL                     TO RESPOND TO MOTION

       and                      TO DISMISS

YALE UNIVERSITY

       DEFENDANTS


       CIVIL ACTION

## MOTION FOR ENLARGEMENT OF TIME

## TO RESPOND TO MOTION TO DISMISS

## AND SUBMIT OPPOSING DOCUMENTS

The plaintiff, Hadley Macpherson respectfully requests an enlargement of time to time to respond to the defendants Motion to Dismiss, and submit opposing documents for the following reason:

The plaintiff was hospitalized on two occasions during the past ten days.

The plaintiff was admitted into the emergency room at Doylestown Hospital, in Doylestown Pennsylvania, on October 14, 2003.

The plaintiff was admitted into the emergency room again at the same hospital, on October 21, 2003.

As a result of the condition causing the plaintiff to be hospitalized, the plaintiff was in physical discomfort, and ordered to rest.

The Plaintiff submit's a photocopy of her wrist bracelets verifying her admission to the hospital on those dates. (Exhibit A )

The Plaintiff does not wish to disclose the reason for the emergency and admittance into the hospital, as it is not material or relevant to the events alleged in this case, and has no bearing on the plaintiffs ability to recover against the defendants, or the ability of the defendants to defend against that recovery.

The Plaintiff if forced to disclose the nature of those admissions into the hospital will do so, but the information is extremely private and personal, and not material or relevant in time or substance to the issues involved in this case.

The Plaintiff submits that being that both admissions were to the emergency room, she was unable under the physical stress she was suffering under, to work on the documents necessary to the prosecution of this case.

Wherefore, the plaintiff respectfully requests a ten day extension of time, or any amount of time that the Court deems fair to prevent manifest injustice,  by which to submit the documents now due.

Respectfully Submitted,

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, October 24, 2003, to Attorney Penny Seaman, of Wiggins and Dana, Trumbull Street, New Haven Connecticut.

Plaintiff Pro Se

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194



