02CV1973 MotExtTime

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | OCTOBER 24, 2003 |
| DR. JOHN PERSING | PLAINTIFFS' REQUEST |
| and | FOR EXTENSION OF TIME |
| YALE NEW HAVEN HOSPITAL | TO RESPOND TO MOTION |
| and | TO DISMISS |
| YALE UNIVERSITY | |
| DEFENDANTS | CIVIL ACTION |

SO ORDERED.
Janet C. Hall, U.S.D.J.