

FILED

2003 NOV 14 P 12: 11

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO.  3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | NOVEMBER 13, 2003 |
| DR. JOHN PERSING | PLAINTIFFS' REQUEST |
| and | FOR EXTENSION OF TIME |
| YALE NEW HAVEN HOSPITAL | TO RESPOND TO MOTION |
| and | TO DISMISS |
| YALE UNIVERSITY | |
| DEFENDANTS | CIVIL ACTION |

Respectfully Submitted,

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this day, November 13, 2003, to Attorney Penny Seaman, of Wiggins and Dana, Church Street, ~~Trumbull Street~~, New Haven Connecticut.

Plaintiff Pro Se
*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194