20

FILED

2003 NOV 14  P 12: 11

US DISTRICT COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

———————————

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO.   3:02CV1973 JCH |
| PLAINTIFF | |
| | |
| VS. | NOVEMBER 13, 2003 |
| | |
| DR. JOHN PERSING | PLAINTIFFS' REQUEST |
| and | FOR EXTENSION OF TIME |
| YALE NEW HAVEN HOSPITAL | TO RESPOND TO MOTION |
| and | TO DISMISS |
| YALE UNIVERSITY | |
| DEFENDANTS | CIVIL ACTION |

*[handwritten annotations in left and center margins, partially legible:]*

Motion granted until Dec. 15, 2003. Any further motion to extend must be accompanied by evidence concerning the basis for this extension, and any further one, which evidence may be submitted, if plaintiff so elects and under seal, if they further motion or made, plaintiff in must explain, in light of the various medical grounds when one extension motion, how she expects, and that if needed effects to be her of protection until the further time she seeks, in such further motion.

So Ordered.

11/24/03

FILED NOV 26 A 11: 28