FILED
DEC 16 4 42 PM '03
CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

---

## AT BRIDGEPORT

**HADLEY MACPHERSON (EGAN)**

PLAINTIFF

**NO. 3:02CV1973 JCH**

**VS.**

**DECEMBER 16, 2003**

**DR. JOHN PERSING**

and

**YALE NEW HAVEN HOSPITAL**

and

**YALE UNIVERSITY**

DEFENDANTS

**PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

**CIVIL ACTION**

# PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The plaintiffs respectfully request an Extension of Time to respond to the Defendant's Motion to Dismiss for the following reasons:

The current deadline was set at December 15, 2003.

The plaintiff was to have driven up on Monday, December 15, 2003, to deliver her Request to Amend, her Amended Complaint, and her Certificate of Good Faith, to cure the defects complained of by the defendant's.

The Noreaster storm, which hit Pennsylvania late on the evening of Saturday, December 13, 2003 and continued until the early morning hours of Monday, December 15, 2003, put the driving conditions in Pennysivania, New York, New Jersey, and Connecticut, at an unsafe level as determined by the National Weather Service.

Pennyslvania was hit with an ice and snow storm which resulted in school closings and delays in Pennyslvania, New York, New Jersey, and Connecticut.

The plaintiff watched the course of the storm via the internet until internet service went down in her area of Pennyslvania late Sunday night, and through Monday.

The plaintiff attaches with this Request for Extension, the weather information she downloaded regarding conditions on the east coast on Sunday, December 14, 2003, and the forecast for the conditions on Monday, December 15, 2003 which she would be forced to travel under up to Connecticut. (Exhibit's A, B, C)

There was a forecast of continued snow and ice up to Connecticut, and in the Bridgeport area, as well as dangerously high winds of 40 to 45 mile an hour winds,

warranting the Weather Service to issue a traveling advisory, advising people to stay off the roads during the wind warning, which as of Sunday December 14, 2003, was in effect until noon of December 15, 2003.

The plaintiff, driving the distance that she must, could not have made the Courthouse in the conditions of the snow and ice and wind, without jeopardizing her safety. If she had waited until the wind advisory was no longer in effect, and left after 12:00 noon on Monday, December 15, 2003, she could not have made it to the courthouse on time under the conditions of snow and ice existing in Pennyslvania, New Jersey, and New York, regardless of the conditions which would be actually present in the afternoon in Bridgeport Connecticut.

Being that it was a weekend when the storm presented itself, there was no way to Fedex the documents on Sunday, and have them arrive on Monday, December 15, 2003 either.

Therefore the plaintiff had the intention to bring the documents up to Connecticut on the morning of December 16, 2003 when it would be safe to travel.

However, on the morning of December 15, 2003, the plaintiff discovered information regarding her case, that would then make the submission of her oppositional documents, in their present form not truthful as to the best of her belief and knowledge.

Attached to this letter is a letter sent to the plaintiff pro se, by Wiggins and Dana, dated December 10, 2003. (Exhibit D)

The letter was in response to the plaintiff's attempt to once again acquire her complete medical record.

The plaintiff underwent surgery on December 6, 2000. The plaintiff retrieved her complete medical record in person from the defendant, Yale New Haven Hospital on March 13, 2001. The plaintiff also received her complete medical record on March 18, 2001, from the defendant, Dr. John Persing, the surgeon who performed the operation, that record being sent to her by mail from his office on March 15, 2001.

The plaintiff has spent the past several months attempting to locate certain documents which were not in either complete medical record turned over to the plaintiff previously.

The letter from Wiggins and Dana, dated December 10, 2003, is in regards to the plaintiff's continued attempt to locate and receive those documents.

The documents, sent by, Wiggins and Dana, arrived via Federal Express on the afternoon of Friday, December 12, 2003.

The documents, as stated in the Wiggins and Dana letter, numbered a total of 59 pages of medical record coming from the office of the defendant, Dr. John Persing. The information contained in the documents is highly specialized in its language and complexity.

The plaintiff discovered information on the morning of Monday, December 15, 2003, from further investigation of the information contained in those documents, and verification of that information from other sources, that significantly altered the information she was previously working under, and alleging under in her Amended Complaint and oppositional documents.

To submit the oppositional documents as they now stand would be an untruthful submission, as the plaintiff is now aware of the inaccuracies of certain facts, and a

submission which would hurt her case since the newly discovered information is in her favor, and the old information alleged under detrimental for being stricken, or denied in light of the actual truth.

The inaccuracies and new information found, are extremely material and relevant to the issues and allegations brought against the defendants.

The plaintiff, though working through the night to try to sift and make sense of all of the new information, was not able to completely redo the oppositional documents by the morning of December 16, 2003, in order to get them to the District Court by the deadline imposed.

The plaintiff therefore is driving this Request for Extension up to the District Court in Connecticut and will return home this evening to continuing working to revise the documents so that they are a accurate depiction of the facts, and can be submitted to the best of the plaintiff's belief as truthful.

The plaintiff has no staff, the drive is exhausting, and the plaintiff has another deadline for documents in a case do tomarro December 17, 2003, which will have to be completed simultaneously, and driven up again.

**Wherefore,** the plaintiff respectfully requests an extension of time to December 20, 2003 to respond to the defendants' Motion to Dismiss, or any amount of time that the Court is willing to grant to her to prevent manifest injustice.

Respectfully Submitted,

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931

(215) 872 - 2194

FILED
DEC 16 4 42 PM '03
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, December 16, 2003, to Attorney Penny Seaman, of Wiggins and Dana, Church Street ~~Trumbull Street~~, New Haven Connecticut.

Plaintiff Pro Se
Hadley Macpherson
Hadley Macpherson
P.O. Box 501
Lahaska, PA 18931
(215) 872 - 2194



A

U.S. Severe Weather Alerts

Winter Storm | Flood | Marine | Other

ER STORM ALERTS FOR COLORADO, [More Details] WINTER STORM AL

Storm Watch

## Another nor'easter cranks up along East Coast

Sun., Dec. 14, 2003 2:19 P.M.

Buzz Bernard, Sr. Meteorologist, The Weather Channel

How to read this map    Click to enlarge

Select Another Map
US Current Weather
US Current Temperatures
US Doppler Radar
US Infrared Satellite

For the second weekend in a row, a nor'easter is cranking up along the East Coast. This one, however--as opposed to last weekend's--will tuck itself in closer to the coast, so the Megalopolis cities will experience (or have experienced) snow changing to rain rather than all snow. Maximum snowfalls with this storm will focus on areas from northern Pennsylvania through interior New York into northern New England where totals may reach as high as two feet in some spots! Washington, D.C., after picking up three inches of snow early today, is now seeing rain. Same thing in Philadelphia (which picked up one to two inches of snow). The snow will continue to fall heavily for awhile in NYC this afternoon before changing to rain. Central Park had been coated in almost five inches of snow by early afternoon. Although the snow has not yet reached Boston, it's expected to blast into Beantown later this afternoon. Snow is falling heavily over much of interior Pennsylvania and New York now, but will shift into northern New England overnight.

Wintry weather is assaulting the West, too. Winter storm or heavy snow warnings remain posted for the Washington Cascades; California's Sierras and

In the Spotlight

Cash in on the Cold Sweepstakes!
brought to you by Halls

Want FREE local weather always o desktop?
provided by The Weather Channel

Recommended News Links

What's On The Weather Chann

AccuWeather.com
The Best Weather on the Web(TM)
The Best Weather on the Web™

B

Escape now with great travel savings.
Roll over to explore below.
flights / hotels / cars / vacation packages
CheapTickets
Save Now ▸▸

Special Holiday Price - Premium
20% Off Professional Price!
Snow Warning Service™
Verizon Wireless Weather
Forensic Weather Research
Weather Gadgets at AccuMall®

Interest Areas

Travel Winter Center Health Marine Golf

Home : Headlines

Up to 80% off on Ink Cartridges & Refills - FREE 4x6 Gloss Paper - Free Shipping

GO

## Snowfall Totals From Last Weekend

The storm that brought plenty of snow to the Northeast this past weekend is moving away from northern New England. Total snowfall for the storm through December 15th was on the order of a foot or more from central New York through central Maine. Between 3 and 6 inches of snow fell in a zone from Boston to New York and into south-central Pennsylvania. Philadelphia had precipitation change over to rain after a small accumulation.

## OTHER WEATHER HEADLINES...

- Snowfall Totals From Last Weekend
- California Ready for Warmer Weather
- Active Weather Pattern in the East
- Rain Becomes Snow in Midwest Tuesday

C

Bridgeport

| | | | | 19.0 km/h | 1008.0 hPa |
|---|---|---|---|---|---|
| **Location: Shoreham, Shoreham, NY** **Link: Shoreham Weather** | | | | | Historical Graphs |
| | Temperature | Dew Point | Humidity | Wind | Pressure |
| | **38.9** °F / **3.8** °C | **37** °F / **3** °C | **93%** | East at **13** mph / **20.9** km/h | **29.77** in / **1008.0** hPa |
| **Location: Elwood, Huntington, LI, East Northport, NY** **Link: deangelofamily.net** | | | | | Historical Graphs |
| | Temperature | Dew Point | Humidity | Wind | Pressure |
| | **39.2** °F / **4.0** °C | **37** °F / **3** °C | **93%** | ESE at **8** mph / **12.9** km/h | **29.76** in / **1007.7** hPa |
| **Mapblast Maps of:** | Temperature | Dew Point | Humidity | Wind | Pressure |
| **MSN Maps of:** | Temperature | Dew Point | Humidity | Wind | Pressure |

## Winter Weather Statement

**Expires 4:00 AM EST on December 15, 2003**

**Statement as of 4:49 PM EST on December 14, 20**

449 PM EST sun Dec 14 2003

... The National Weather Service continues the Winter Weather Advisory this evening...

Snow and sleet will mix with rain... then change to all rain this evening. There also may b this evening. Total snow accumulations may reach 3 to 5 inches before the change over

The mentioned advisory is issued when snow and/or ice accumulations are expected to b driving and walking difficult but not impossible on untreated roadways and sidewalks. Wh motorists need to be especially careful on bridges and overpasses where slippery spots c

## High Wind Advisory

**Expires 10:00 AM EST on December 15, 2003**

**Statement as of 4:33 PM EST on December 14, 20**

...Wind Advisory In Effect Monday...

As the storm pulls away from the region Monday... northwesterly winds will increase to be around 45 mph at times.

A Wind Advisory is issued when sustained winds are forecast to be 31 to 39 mph or gust Winds of these magnitudes may cause minor property damage without extra precautions should use caution until the winds subside.

## Flood Watch / Flood Statement

**Expires 11:00 AM EST on December 15, 2003**

**Statement as of 4:42 PM EST on December 14, 20**

...A Flood Watch Remains In Effect For Tonight For The Follo

Wiggin & Dana

Counsellors at Law

Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Bonnie L. Patten
203.498.4367
203.782.2889 fax
bpatten.wiggin.com

D

**VIA FEDERAL EXPRESS**

December 10, 2003

Hadley Macpherson (f/k/a Lisa Egan)
3710 Hancock Lane
Doylestown, PA 18901

Re: Egan v. Yale Medical Group, et al

Dear Ms. Macpherson:

Pursuant to your December 9, 2003 request to Dr. Persing and Yale Medical Group, enclosed please find Dr. Persing's entire office file with regard to your care Bates stamped numbered 1 through 59.

If you have any questions, please contact me directly rather than Dr. Persing or his office staff.

Very truly yours,

Bonnie L. Patten

BLP/saf
Enclosures

\487\5009\439167.1