FILED
2004 JAN 13 P 4:03

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | JANUARY 13, 2004 |
| DR. JOHN PERSING | LETTER TO THE COURT |
| and | |
| YALE NEW HAVEN HOSPITAL | |
| and | |
| YALE UNIVERSITY | CIVIL ACTION |
| DEFENDANTS | |

# **LETTER TO THE COURT**

To the Honorable Judge Hall,

This Court afforded the plaintiff the date of December 15, 2003, by which the plaintiff was to continue the process.

The plaintiff had every intention at that point of bringing in the documents on time, and meeting the requirements and deadlines graciously set down by this Court.

However, the plaintiff was not able to meet that date.

The plaintiff, Hadley Macpherson, in light of recent personal events, and the cumulative effect of events of the past year, has suffered an inability to function to the best of her potential.

Further, the issues and events involved in this case now before this Court, has heightened that inability, as the plaintiff pro se herself was a party to those events and issues when they originally occurred, the retelling of which on paper, and re-reading of which in documents, has proved to be more emotionally stressful for the plaintiff than anticipated.

Compounding the issue, the plaintiff, Hadley Macpherson, has two other cases in this Court as well, case #3:02CV1309 and #3:01CV01555, which were cases borne out of events that involved harm to both the plaintiff, Hadley Macpherson, and her two minor children.

Those cases, #3:02CV1309 and #3:01CV01555, while not at issue with this Court, have run concurrently with those of #:3:02CV1973, as the events involved in those cases, occurred during the same time of the occurrence of the medical events involved in this case, and the the plaintiff would have lost her opportunity to recover due to statute of limitations, if she had waited any longer to file.

However, the litigating of the issues and events involved in #3:02CV1309 and #3:01CV01555, combined with the litigating of the issues and events involved in this case before this Court, has resulted in the plaintiff being unable as a pro se, to distance herself enough emotionally from all that has occurred, and avoid being overwhelmed by grief.

The plaintiff is driving this Letter to the Court directly to Bridgeport, this day of January 13, 2004, to ensure its prompt arrival.

The plaintiff does not know as of this day if any of the above actions have been dismissed for lack of diligence to pursue the process, as she has received no notice at of yet, if such a dismissal has been ordered. She is hoping it has not.

The plaintiff believes in the justness of the cases she has brought before this Court, and does not want to lose because she suffered an inability to face recent events, and past traumas, with equanimity.

The plaintiff has recovered enough to continue.

The plaintiff intends to bring all documents in on Monday, January 19, 2004.

Though the plaintiff realizes that she is out of the time allotted, she will bring her documents in with a Request that they be accepted out of Time.

The plaintiff understands that acceptance of the documents may not be allowed,

and that Dismissal might be inevitable. If so, the plaintiff thanks the Court in advance for its time, and the grace afforded her in the past.

The plaintiff does not wish to quit, and despite the set back suffered, will continue to stand, re-file if need be, and diligently pursue what she believes is a just and necessary cause until she either wins, or loses, by the merits.

The plaintiff apologizes to the Court, and the other attorneys involved, for her delay. It was never due to an intentional lack of diligence, but only due to a lack of strength of mind.

Respectfully Submitted

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA. 18931
(215) 872 - 2194

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, January 13, 2004, to Attorney Penny Seaman, of Wiggins and Dana, Church Street, New Haven Connecticut.

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194