UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br> : <br> Plaintiff, : <br> : CASE NO. 302CV1973 (JCH) <br> v. : <br> : <br> YALE MEDICAL GROUP, YALE-NEW : <br> HAVEN HOSPITAL, YALE PLASTIC : <br> SURGERY and DR. JOHN PERSING, : <br> : FEBRUARY 17, 2004 <br> Defendants. : <br> : | |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendant, Yale-New Haven Hospital ("Hospital"), hereby moves to dismiss this action to the extent that plaintiff purports to assert a claim against it. In the Amended Complaint filed on January 26, 2004, the plaintiff alleges that the Hospital negligently failed to obtain her consent to surgery performed at the Hospital on December 6, 2000. As more fully set forth in the Memorandum submitted herewith, such a cause of action is not cognizable against a hospital under Connecticut law. Therefore, the Amended Complaint does not set forth a viable claim against the Hospital, and it should be dismissed.

The remaining defendants, Yale University (d/b/a Yale Medical Group and Yale Plastic Surgery), and Dr. John Persing move to dismiss the Second Count of the Amended Complaint on the grounds that it is identical to the First Count. In both Counts, the plaintiff alleges that these defendants negligently failed to obtain plaintiff's consent for cosmetic surgery performed by Dr. Persing on December 6, 2000. As more fully set forth in the Memorandum, there is no basis

upon which a single negligence claim can be separated into two counts. Consequently, the Second Count should be dismissed.

>DEFENDANTS,
>YALE MEDICAL GROUP
>YALE-NEW HAVEN HOSPITAL
>YALE PLASTIC SURGERY
>JOHN PERSING, M.D.

By: /s/ Penny Q. Seaman

Penny Q. Seaman (ct05813)
Bonnie L. Patten (ct12931)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT  06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
    bpatten@wiggin.com

## **CERTIFICATION**

This is to certify that on this 17th day of February 2004, a copy of the foregoing was sent via certified mail, return receipt requested and first class mail, postage prepaid, to the pro se plaintiff:

Hadley Macpherson, f/k/a Lisa Egan
3710 Hancock Lane
Doylestown, PA  18901

_____
Penny Q. Seaman

\487\5009\448747