UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br><br> Plaintiff, : <br><br> v.  : <br><br> YALE MEDICAL GROUP, YALE-NEW HAVEN HOSPITAL, YALE PLASTIC SURGERY and DR. JOHN PERSING, : <br><br> Defendants. : | CASE NO. 302CV1973 (JCH) <br><br><br> APRIL 7, 2004 |

## DEFENDANTS' MOTION TO DISMISS
## PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendant, Yale-New Haven Hospital ("Hospital"), hereby moves to dismiss this action to the extent that plaintiff purports to assert a claim against it. In the Amended Complaint filed on January 26, 2004, the plaintiff alleges that the Hospital negligently failed to obtain her consent to surgery performed at the Hospital on December 6, 2000. As more fully set forth in the Memorandum submitted herewith, such a cause of action is not cognizable against a hospital under Connecticut law. Therefore, the Amended Complaint does not set forth a viable claim against the Hospital, and it should be dismissed.

The remaining defendants, Yale University (d/b/a Yale Medical Group and Yale Plastic Surgery), and Dr. John Persing move to dismiss the Second Count of the Amended Complaint on the grounds that it is identical to the First Count. In both Counts, the plaintiff alleges that these defendants negligently failed to obtain plaintiff's consent for cosmetic surgery performed by Dr. Persing on December 6, 2000. As more fully set forth in the Memorandum, there is no basis

upon which a single negligence claim can be separated into two counts. Consequently, the Second Count should be dismissed.

                DEFENDANTS,
                YALE MEDICAL GROUP
                YALE-NEW HAVEN HOSPITAL
                YALE PLASTIC SURGERY
                JOHN PERSING, M.D.

By: _____
    Penny Q. Seaman (ct05813)
    Bonnie L. Patten (ct12931)
    Wiggin and Dana LLP
    P.O. Box 1832
    New Haven, CT  06508-1832
    Tel: (203) 498-4400
    Fax: (203) 782-2889
    Email: pseaman@wiggin.com
            bpatten@wiggin.com

## CERTIFICATION

This is to certify that on this 7th day of April 2004, a copy of the foregoing was sent via certified mail, return receipt requested and first class mail, postage prepaid, to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
P.O. Box 501
Lahaska, PA  18931

                                                            Bonnie L. Patten

\487\5009\450592.2