Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Bonnie L. Patten
203.498.4367
203.782.2889 fax
bpatten@wiggin.com

FILED
2004 APR 14  A 9: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**WIGGIN AND DANA**
*Counsellors at Law*

April 7, 2004

Honorable Janet C. Hall
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   Egan v. Yale Medical Group, et al.
      Docket No. 3:02-CV-01973 (JCH)

Dear Judge Hall:

As you are aware, we filed a Motion to Dismiss on February 17, 2004, with regard to the above-captioned matter. You entered a ruling that the plaintiff, Lisa Egan (n/k/a Hadley Macpherson), needed to respond to this motion by March 29, 2004. However, on April 6, 2004, an envelope containing Ms. Macpherson's unopened copy, postage stamped February 17, 2004, was returned to us as undeliverable. This package was addressed to Ms. Macpherson at 3710 Hancock Lane, Doylestown, Pennsylvania, which is the address she advised us was her current address and to which we had successfully sent her documents in the past.

Inasmuch as plaintiff has not received her copy of our February 17, 2004 Motion to Dismiss and the time for her to file her response has now elapsed, we are refiling this Motion with a new certification, which reflects the address that appears on the Court's docketing sheet.

Very truly yours,

Bonnie L. Patten

BLP/lag/saf
Enclosure

cc:   Lisa Egan (w/encls.)

\487\5009\459099.1

*New Haven   Stamford   New York   Hartford   Philadelphia*