# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

FILED 2004 MAY 17 A 11:37 US DISTRICT BRIDGE

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | MAY 17, 2004 |
| DR. JOHN PERSING | MOTION FOR EXTENSION |
| and | OF TIME |
| YALE NEW HAVEN HOSPITAL | |
| and | CIVIL ACTION |
| YALE UNIVERSITY | |
| DEFENDANTS | |
| | JURY TRIAL DEMANDED |

## **MOTION FOR EXTENSION OF TIME**

The plaintiff, Hadley Macpherson, respectfully requests an extension of time by which to file her Memorandum of Law in response to the Defendant's Motion to Dismiss.

The Memorandum of Law was due on Saturday May 15, 2004.

The plaintiff, and her son, Loyal, have both been sick for the past week with the flu.

The plaintiff had other significant documents due on May 14, 2004, in the two other cases in this same District Court.

To complete all documents by the weekend, while being sick with the flu, was not possible.

Today is Saturday, May 15, 2004, and so the plaintiff, Hadley Macpherson, is unable to reach counsel for the other side to ask if they have any objection to a five day extension of time to file the opposing Memorandum of Law to their latest Motion to Dismiss.

However, Attorney Penny Seaman had indicated to me in the past, they would never be opposed to any extensions of time that I might request.

The plaintiff is therefore under the belief, that Attorney Seaman would not be opposed to this Motion.

The plaintiff is physically driving this Motion for Extension of Time up to the Courthouse on the morning of Monday May 17, 2004, so that it will arrive by the deadline.

Since the Motion has to be typed before she left that morning, their was still no opportunity to request the extension from the other side.

Driving the Motion for Extension of Time will in itself be physically demanding while

being sick.

**Wherefore**, the plaintiff, Hadley Macpherson, respectfully requests an extension of time of five days, by which to file her Memorandum of Law, to be brought in by Thursday, May 20, 2004.

                                                Respectfully Submitted,

                                                Hadley Macpherson, (Egan)
                                                P.O. Box 501
                                                Lahaska, Pennsylvania
                                                18931
                                                (215) 325 - 1001

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, May 17, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832..

Plaintiff Pro Se

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 -1001