UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 21  P 2:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | MAY 21, 2004 |
| DR. JOHN PERSING | REQUEST FOR |
| and | EXTENSION OF TIME |
| YALE NEW HAVEN HOSPITAL | |
| and | CIVIL ACTION |
| YALE UNIVERSITY | |
| DEFENDANTS | |
| | JURY TRIAL DEMANDED |

## **MOTION FOR EXTENSION OF TIME**

The plaintiff, Hadley Macpherson, respectfully requests an extension of time by which to file her Memorandum of Law in response to the Defendant's Motion to Dismiss.

The Memorandum of Law was due on Saturday May 15, 2004.

The plaintiff, and her son, Loyal, have both been sick for the past two weeks.

The plaintiff filed a Motion for Extension on Monday, May 17, 2004, requesting that she be given until Thursday May 20, 2004 to file the Memorandum of Law in Opposition to the Defendant's Motion to Dismiss.

On Tuesday, May 18, 2004, the plaintiff, Hadley Macpherson, went to the doctor, and was diagnosed with

"acute bronchitis with reactive airway, as well as acute sinusitis"

(see attached verification from the physician., exhibit A).

The physician prescribed four prescription medications for the plaintiff, Hadley Macpherson, one of which causes drowsiness. The physician instructed that the plaintiff must rest as her condition was very near to pneumonia.

The plaintiff, Hadley Macpherson, mailed a copy of the attached Exhibit A to the defendant's immediately after the physician's appointment on Tuesday, May 18, 2004, along with a handwritten note explaining the circumstance and the reason for the delay. (see attached letter to Attorney Penny Seaman, Exhibit B)

As of this day, May 21, 2004, the plaintiff, Hadley Macpherson, has not been physically

able to complete her Memorandum of Law. The plaintiff is not only still very sick, but the medication prescribed by the physician has succeeded in making the plaintiff drowsy and extremely nauseas.

Further, the plaintiff has other significant documents due in the two other cases in this same District Court. As a result of the physical condition described above, the plaintiff has been attempting to complete subsequent portions to those documents under the same physical burden, as well as take care of her son who is also sick.

Finally, the plaintiff, Hadley Macpherson, must drive to North Carolina on Sunday, May 23, 2004, to retrieve her daughter, Rachel Egan, a freshman, from Davidson College.

The plaintiff is a single mother, and Rachel Egan has no way home but for the plaintiff to make the drive and pick her up, which is 22 hours round trip, and cannot be done without a days rest before returning home..

The campus is already closed, and because of the plaintiff's sickness, Rachel Egan has been waiting off campus for over a week until the plaintiff was fit enough to make the trip down. possible. The plaintiff is making the drive back on Tuesday, May 25, 2004.

The plaintiff attempted to speak to opposing counsel, Penny Seaman, to ask if she has objection to this Motion. However, Attorney Penny Seaman is out of the office this day of Friday, May 21, 2004, at depositions, and her associate, Attorney Bonnie Patten, does not work on Fridays, so is not available to speak to either.

The plaintiff asked Attorney Penny Seaman's secretary if anyone else was available to speak for them in this matter, but there is no one who can do so. The plaintiff therefore read her Motion for Extension of Time aloud into Attorney Penny Seaman's voicemail, but an answer will not be available before the plaintiff must file this Extension.

Wherefore, the plaintiff, Hadley Macpherson, is requesting that she be granted an Extension of Time to Friday, May 28, 2004, by which to file her Memorandum of Law, or any amount of time the Court finds is reasonable to prevent manifest injustice.

Respectfully Submitted,

*Hadley Macpherson*

Hadley Macpherson, (Egan)

P.O. Box 501

Lahaska, Pennsylvania,

18931

(215) 325 - 1001

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, May 21, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832..

                                                   Plaintiff Pro Se
                                                   *Hadley Macpherson*
                                                   Hadley Macpherson
                                                   P.O. Box 501
                                                   Lahaska, PA   18931
                                                   (215) 325 -1001

# THE FREE CLINIC OF DOYLESTOWN
## Discharge Instruction Sheet

Patient Name: __Hadley McPherson__     Date: __5/18/04__

Diagnosis: __Acute Bronchitis with reactive airway__
__Acute Sinusitis__

Treatment/Precautions: __Steam showers. Vaporizer in home__
__Drink fluids, juices hydrate self__
__Tea with lemon + honey, Chicken soup__

Medications:

☐ Continue with current medications.
☐ New medication ordered - follow as directed.
☐ Other: __Zithromax 500mg daily × 6 days__
__Albuterol 2 puffs every 6 hours__

Follow up Care: __Pannaz 1 pill am + pm__ ) with big glass water
__Mucinex 1 pill am + pm__ )

☐ Return to Clinic for re-check.
☑ Return to Clinic as needed.
☐ Need referral to physician's office.
☐ Other: _____

***Please call The Free Clinic at 345-2260, if you have any questions.***

Physician _____
Nurse _____

Re:

3:02 CV 1973 JCH

To Wiggins & Dana

Dear Attorney Seaman & Attorney Patten,

I filed this Motion on Monday Morning in Bridgeport and drove home.

I was not able to see the doctor until today as it is a clinic.

I did not mail you this Motion until today Tuesday May 18, 2004, so that I could include proof of the illness should there be any doubt.

I will be forwarding a copy of the doctor's assessment to the Court so that Judge Hall will see it also.

I apologize for the delay and have done my best to verify the need for the 5 day extension requested.

Had I not filed the Motion for Extension until tomarro, it would have been too many days late, so I had to file it first, and then get the doctor's assessment form later.

Again, this was not done as a deliberate way to send you documents late.

I hope this was not a problem.

Respectfully,
Hadley Macpherson (Egan)