FILED

2004 JUN -9 P 1:17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

| | |
|---|---|
| **HADLEY MACPHERSON (EGAN)** | **NO. 3:02CV1973 JCH** |
| PLAINTIFF | |
| VS. | **JUNE 8, 2004** |
| **DR. JOHN PERSING** | **REQUEST FOR** |
| and | **EXTENSION OF TIME** |
| **YALE NEW HAVEN HOSPITAL** | |
| and | **CIVIL ACTION** |
| **YALE UNIVERSITY** | |
| DEFENDANTS | |
| | **JURY TRIAL DEMANDED** |

## **REQUEST FOR EXTENSION OF TIME**

The plaintiff, Hadley Macpherson, respectfully requests and Extension of Time to submit her Memorandum of Law in response to the defendant's Motion to Dismiss.

The plaintiff who had formerly requested a date of Monday June 7, 2004, had a reaction to the medications, and subsequently spent Monday June 7, 2004, in Emergency at Doylestown Hospital. (Exhibit A)

The plaintiff had a Cat Scan while she was there, and was subsequently ordered another round of antibiotics for the Sinusitus, which she is till suffering from. (Exhibit B - Discharge Sheet addressing Sinusitus, and Exhibit C - Prescription)

The severe headache from the Sinusitis, and the drug reaction from the medications has significantly impaired by plaintiff's ability to complete the documents due to her level of discomfort.

The defendants in the plaintiff's other two cases filed their oppositional papers on Tuesday June 1, 2004, and the plaintiff is trying to finish her responses to those documents as well.

The plaintiff read yesterday on Pacer that her previous Extension had been granted to June 7, 2004, and that she has been informed that it is not necessary to drive the documents up if she mails them on the due date. However, the plaintiff missed the due date of June 7, 2004, due to the medical events of the weekend that led up to her being in Doylestown Hospital on June 7, 2004, and so is driving this Motion up to the Courthouse this day, so that the Court does not think she is responding since she did not respond on time.

Wherefore, the plaintiff respectfully requests an Extension of Time to Monday June 14, 2004, by which to file her Memorandum of Law and oppositional papers, or any amount of time the Court deems adequate to prevent manifest injustice.

Respectfully Submitted.

*Hadley Macpherson*

Hadley Macpherson

P.O. Box 501

Lahaska, PA 18931

(215) 325 - 1001

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, June 9, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832..

Plaintiff Pro Se

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 -1001

Exhibit A

DOYLESTOWN HOSPITAL
MACPHERSON, HADLEY
(A35496)   06/07/04
DOB: 03/22/90   F

Doylestown Hospital
595 West State Street

Doylestown PA 18901

| | |
|---|---|
| Account #: 00021037460 | Medical Record #: 435496 |
| | Patient: MACPHERSON, HADLEY |
| DOB: 3/22/1960 | SEX: F   Age: 44 |
| | Primary MD:   PMD: Dr. NONE |

Visit Date: 6/7/2004

### Discharge Instructions

* Liquid antacids should not be taken within 2 hours of taking these antibiotics.

**SIN.E**     *SINUSITIS*

You have sinusitis, an infection of the sinus cavities around the nose. This infection usually follows a respiratory illness; it can also be related to allergies, changes in atmospheric pressure (flying, diving), or anything that blocks nasal drainage. Symptoms include: headache, facial pain, a thick nasal discharge, congestion, and cough.

Medical treatment includes promoting sinus drainage, antibiotics, increasing oral fluids, and pain medication if needed. Use a humidifier especially in your bedroom. Breathe in moist air from a humidifier or warm shower to keep secretions thin and help drainage. Nose spray decongestants (Afrin, Neo-Synephrine) and oral decongestants may be needed to reduce congestion. Rarely the sinus must be irrigated to remove the infected material.

Sinusitis can lead to serious complications by spreading to other areas such as the eye or brain. Please call your doctor or return here right away if you have any of the following more serious symptoms:
    * Unusual swelling around the eye or trouble seeing.
    * Increasing pain, severe headache, or toothache.
    * Nausea, vomiting, or unusual drowsiness.
    * Fever or severe pain that is still present after two days of
       antibiotic treatment.



**R̶x̶**

Doylestown Hospital
595 West State Street
Doylestown, PA 18901

Patient Name: HADLEY MACPHERSON
3710 HANCOCK LANE DOYLESTOWN
LAHASKA PA 18931

DOB:          3/22/1960    SEX: F   Age: 44

Account # 00021037460              Medical Record #: 435496

Date of Visit 6/7/2004

## Prescription

**Prescription Drug**    Z pack (Azithromycin)

**Dosage & SIG**    Take double dose day 1 then single dose day 2-5
tablet PO   QD

**Disp**    1 pack

**Physician/NP/PA**    Choi

**DEA #**

**REFILLS  -  None - May Substitute**

*Dispensed at Free Clinic 6-7-04*

_____ MD Signature

Printed:  6/7/2004                    Prescription