# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

---

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO.  3:02CV1973 JCH |
| PLAINTIFF | |
| | |
| VS. | JUNE 15, 2004 |
| | |
| DR. JOHN PERSING | REQUEST FOR |
| and | EXTENSION OF TIME |
| YALE NEW HAVEN HOSPITAL | |
| and | CIVIL ACTION |
| YALE UNIVERSITY | |
| DEFENDANTS | |
| | JURY TRIAL DEMANDED |

FILED

2004 JUN 21  A 11: 5b

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# **REQUEST FOR EXTENSION OF TIME**

The plaintiff, Hadley Macpherson, respectfully requests and Extension of Time to submit her Memorandum of Law in response to the defendant's Motion to Dismiss.

The plaintiff who had formerly requested a date of Monday June 15, 2004.

On Friday, June 11, 2004, the plaintiff, Hadley Macpherson, and her two children, Rachel Egan, and Loyal Egan, had an appointment with the Dystonia specialist.

The appointment, and the information that the plaintiff received as to the genetic basis of the disease, the prognosis, and the peripheral issues involved, was devastating. The plaintiff was unable to work given the news. Besides her own personal grief, the plaintiff had to phone her relatives and siblings, and transmit what she had hoped she would never have to.

On Monday, June 14, 2004, the plaintiff spoke at length with Attorney Bonnie Patten, as Attorney Penny Seaman was unavailable, and explained in detail the nature of the news received. Attorney Bonnie Patten re-iterated to the plaintiff, that the firm of Wiggins and Dana has no objection to any extension the plaintiff seeks to ask for, particularly under the present circumstances.

The plaintiff has documents due in the other two cases, and does not wish to prolong any of the cases given all that is ahead. However, the plaintiff is asking for an Extension of Time until Monday, June 28, 2004, to file her Memorandum of Law. Attorney Bonnie Patten has assured the plaintiff that she is not opposed to that date if it were to be granted.

Wherefore, the plaintiff, Hadley Macpherson, respectfully requests and Extension of Time to Monday, June 28, 2004, by which to file her Memorandum of Law and oppositional papers, or any amount of time the Court deems appropriate to prevent manifest injustice.

Respectfully Submitted.

*Hadley Macpherson*

Hadley Macpherson

P.O. Box 501

Lahaska, PA 18931

(215) 325 - 1001

# **<u>CERTIFICATION</u>**

      This is to certify that a copy of the foregoing has been mailed this

day, June 15, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O.

Box 1832, New Haven Connecticut, 06508 - 1832..

Plaintiff Pro Se

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 -1001