RECEIVED

JUL 1 2 2004

FILED

2004 JUL 16 P 2: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

---

### AT BRIDGEPORT

| | |
|---|---|
| **HADLEY MACPHERSON (EGAN)** | **NO.  3:02CV1973 JCH** |
| PLAINTIFF | |
| **VS.** | **JULY 9, 2004** |
| **DR. JOHN PERSING** | **LETTER TO THE** |
| **and** | **COURT** |
| **YALE NEW HAVEN HOSPITAL** | |
| **and** | **CIVIL ACTION** |
| **YALE UNIVERSITY** | |
| DEFENDANTS | |
| | **JURY TRIAL DEMANDED** |

# <u>LETTER TO THE COURT</u>

To the Honorable Judge Hall,

     Inadvertently, the medical letter from Dr. Kristina Longshore, was not attached to the plaintiffs' Letter to the Court, dated July 8, 2004.

     Attached to this document is the missing Exhibit.

     The plaintiff therefore requests that this Letter to the Court, and the attached medical letter, be attached to the plaintiffs' July 8, 2004 Letter to the Court, as the missing exhibit.

     The oversight was not intentional, and only realized once everything had been mailed.

     The attorneys for all defendants are being sent this Letter also, with the attached missing exhibit.

     The plaintiffs apologize for the error.

Respectfully Submitted,

Hadley Macpherson, plaintiff

# CBO
## Central Bucks Ophthalmology LLC

410 Farm Lane, The Carriage House • Doylestown, PA 18901 • (215) 348-4554 • Fax: (215) 348-4968

July 5, 2004

The Honorable Janet Hall
United States District Court
Lafayette Street
Bridgeport, CT

Dear Honorable Judge Hall,

I am writing to inform you that Ms. Hadley Macpherson is currently having an emergency sight threatening condition called infected bacterial corneal ulcer of her left eye. This is a deep infection causing pain, photophobia, and swelling of the cornea which causes impaired vision, unfortunately, on her only sighted eye, and can lead to blindness without aggressive treatment. The right eye is nonfunctional due to childhood amblyopia.

In addition she has iritis, which is inflammation of the iris which cannot be treated with a steroid at this time due to the infected cornea.

Currently I am trying to save the only seeing eye with aggressive frequent around the clock topical antibiotic drops. For the past 2 days, she has been using Vigamox every 30 minutes while awake, and every 1 hour overnight. Between the pain, vision impairment, and lack of sleep from this around the clock treatment, Ms. Macpherson is unable to look at a computer screen, read, or drive. I am having Ms. Macpherson be seen every single day in my office. Her expected time course until she is able to function well again is possibly between 2 to 4 weeks.

If you have any further question, Ms. Macpherson has waved privilege to you. Please feel free to contact me with any questions or concerns.

Sincerely,

Kristine E. Longshore, MD
Board Certified
Ophthalmology

# CBO
## Central Bucks Ophthalmology LLC

**Kristine E. Longshore MD**
**Board Certified in Ophthalmology**
410 Farm Lane • The Carriage House • Doylestown, PA 18901
Phone: 215.348.4554 • Fax: 215.348.4968

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this

day, July 9, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O.

Box 1832, New Haven Connecticut, 06508 - 1832..

Plaintiff Pro Se

Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 -1001