UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN)<br>Plaintiff | :<br>:<br>: CIVIL ACTION NO. |
| v. | : 3-02-cv-1973 (JCH)<br>: |
| DR. JOHN PERSING, ET AL<br>Defendants | : SEPTEMBER 13, 2004<br>: |

**RULING [DKT NO. 49]**

On September 3, 2004, plaintiff filed a Request to File Overlong Brief in Support of Plaintiff's Memorandum of Law [Dkt. No. 49], filed in opposition to defendants' Motion to Dismiss [Dkt. No. 30], filed on April 30, 2004.  The plaintiff has requested, and received, several extensions to file her opposition, the last to August 22, 2004.  On August 24, 2004, the clerk docketed a pleading as "Memorandum in Opposition re Motion to Dismiss." [Dkt. No. 47].  The pleading is captioned "Memorandum" in type face, but that was stricken (the court presumes by the plaintiff) and "Motion" is written in.  That pleading is 34 pages long and the court understood it to be plaintiff's opposition.

However, the plaintiff seeks in her latest pleading a request to file an oversized (more than 40-page) "Brief in Support of her Memorandum of Law."  Request at (unnumbered) p.2 [Dkt. No. 49].

The court will permit the plaintiff to make a further filing, no later than September 20, 2004.  The court will not consider any further filings after that date by the plaintiff.  The court would note that there is nothing in the Rules that permits a "Brief in Support

of a Memorandum," or a "Motion" as an opposition to a motion. However, for purposes of allowing plaintiff to oppose the pending Motion to Dismiss, the court will permit the further filing of plaintiff's "Brief," if filed by September 20, 2004.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of September, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge