# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Lisa Egan (n/k/a Hadley Macpherson,

       Plaintiff,

v.

Yale Medical Group, Yale-New Haven Hospital
Yale Plastic Surgery and Dr. John Persing,

       Defendants.

APPEARANCE

CASE NUMBER: 302CV1973 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: the defendants, Yale-New Haven Hospital, Yale University, d/b/a Yale Medical Group and Yale Plastic Surgery, and John Persing, M.D.

| | |
|---|---|
| September 14, 2004 | *(signature)* |
| Date | Signature |
| ct19097 | Kevin S. Budge |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (203) 498-4400 | Wiggin and Dana, LLP<br>P.O. Box 1832 |
| Telephone Number | Address |
| (203) 782-2889 - Fax | New Haven, CT 06508-1832 |
| Fax Number | |
| | email: kbudge@wiggin.com |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    Lisa Egan (n/k/a Hadley Macpherson)
    P.O. Box 501
    Lahaska, PA 18931

*(signature)*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001