# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO.  3:02CV1973  JCH |
| PLAINTIFF | |
| | |
| VS. | SEPTEMBER 20, 2004 |
| | |
| DR. JOHN PERSING | |
| and | |
| YALE NEW HAVEN HOSPITAL | LETTER TO THE COURT |
| and | REGARDING MISSING |
| YALE UNIVERSITY | EXHIBITS TO BRIEF |
| DEFENDANTS | |
| | CIVIL ACTION |

# **LETTER TO THE COURT**

To the Honorable Judge Hall,

Inadvertently, Exhibit's A and B which should have been attached to the plaintiff's September 10, 2004 Brief, were not attached to the document when it was delivered to the courthouse and to the opposing attorneys.

Attached to this document is the missing Exhibit.

The plaintiff therefore requests that these two exhibits, Exhibit A and Exhibit B be attached to the plaintiff's September 10, 2004 Brief.

The oversight was not intentional, and only realized once everything was mailed and delivered.

The attorneys for all defendants are being sent this Letter also, along with the attached missing exhibits.

The plaintiffs apologize for the error.

Respectfully Submitted,

*Hadley Macpherson*

Hadley Macpherson, plaintiff

P.O. Box 501

Lahaska PA

(215) 325 - 1001

## YALE PLASTIC SURGERY

## Facsimile Transmission

Attention: _Louise Stanton_

Company:

Telephone No.:

Fax No.: _81000_

Subject: _Dr Persing OR Sheets_

Sender: _Helen_

Telephone No.: _52570_

Fax No.: _785-5214_

You should receive _____ pages including this cover sheet. If you do not receive all the pages, please call the number above.

COMMENTS: _Lisa Egan 12/6_

Exhibit A

0041

# YALE-NEW HAVEN HOSPITAL

**PERMISSION FOR OPERATION, SPECIAL PROCEDURE OR TREATMENT**

Unit No.: A 1246
Name: Lisa Egan
Address:
Birthdate: 1 24 34 13
(If handwritten, record name, unit no., and birthdate.)

Date: 11/27/2000   Time: 4:__

## SECTION "A"

The general purpose, potential benefits, possible hazards and inconveniences of upper lid blepharoplasty, open septorhinoplasty, collagen injection to face (Specify Operation, Special Procedure or Treatment) have been explained to my satisfaction by Dr. J. Persing and alternatives have been discussed. I, self (myself or name of patient), hereby consent to the performance of the operation, special procedure or treatment named above under his/her direction, along with whatever anesthesia/sedation, medication or transfusion is necessary, the risks, benefits and alternatives of which have also been explained to me.

I authorize the Hospital and its Pathology section to preserve for diagnostic, scientific or teaching purposes or otherwise dispose of tissue, body parts, blood and/or body fluids removed as a result of the procedure authorized above. If the material is to be used for scientific or educational purposes, pertinent, anonymous medical information may be released with the specimen. I hereby relinquish all right, title and interest to the tissue, body parts, blood and/or body fluid, regardless of its ultimate use or disposition.

I further authorize my physician to do whatever may be necessary in the event that any unforeseen conditions arise during the course of the operation, special procedure, or treatment.

Signed: _Lisa Egan_
(Patient or person authorized to consent for patient)

[DEC 6 stamp]

### PHYSICIAN'S NOTE

I have informed _____ of the general purpose, potential benefits, possible hazards and (Patient/Relative/Guardian)
inconveniences and alternatives to the above operation, special procedure or treatment along with any needed anesthesia/sedation, medication or transfusion.

ADDITIONAL PHYSICIAN COMMENTS _____

DATE: 11.27.00

Signature of Responsible Physician

F-1696 (R090596)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, September 20, 2004, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832..

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 -1001
