UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br> : <br> Plaintiff, : <br> v. : <br> : <br> YALE MEDICAL GROUP, YALE-NEW : <br> HAVEN HOSPITAL, YALE PLASTIC : <br> SURGERY and DR. JOHN PERSING, : <br> : <br> Defendants. : <br> : | CASE NO. 302CV1973 (JCH) <br><br><br> DECEMBER 13, 2004 |

## MOTION FOR ENLARGMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Defendants, Yale Medical Group, Yale-New Haven Hospital, Yale Plastic Surgery & John Persing, M.D. respectfully move for a twenty (20) day extension until and including January 3, 2005, within which to answer the plaintiff's dated January 24, 2004. Defendants request this additional time to investigate the allegations contained in the Amended Complaint.

DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
    kbudge@wiggin.com

## **CERTIFICATION**

This is to certify that on this 13th day of December 2004, a copy of the foregoing was sent via certified mail, return receipt requested and first class mail, postage prepaid, to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
P.O. Box 501
Lahaska, PA  18931

*[signature]*
_____
Kevin S. Budge

\487\5009\505009.1