# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Lisa Egan (a/k/a Hadley MacPherson                       **APPEARANCE**

         Plaintiff,

vs

Yale Medical Group, Yale-New                    CASE NUMBER: 302CV1973(JCH)
Haven Hospital, Yale Plastic
Surgery and Dr. John Persing


To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Yale Medical Group, Yale-New Haven Hospital, Yale Plastic Surgery and Dr. John Persing.

| | |
|---|---|
| 12/30/04 | |
| Date | Signature |
| ct18790 | James O. Craven |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | Wiggin and Dana LLP |
| (203) 498-4400 | P.O. Box 1832 |
| Telephone Number | Address |
| | 265 Church Street |
| (203) 782-2889 | New Haven, CT 06508-1832 |
| Fax Number | |
| jcraven@wiggin.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Lisa Egan, a/k/a Hadley MacPherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

                                                                                           Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                                         Appearance.frm.Jan.2001