UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br> : <br> Plaintiff,  : <br> v. : <br> : <br> YALE MEDICAL GROUP, YALE-NEW : <br> HAVEN HOSPITAL, YALE PLASTIC : <br> SURGERY and DR. JOHN PERSING, : <br> : <br> Defendants. : <br> _____: | CASE NO. 302CV1973 (JCH) <br><br><br><br><br><br> DECEMBER 30, 2004 |

## SECOND MOTION FOR ENLARGMENT OF TIME TO FILE ANSWER

Pursuant to Rule 7(b) of the Local Rules for Civil Procedure, the defendants respectfully move for an extension of time, through January 10, 2005, within which to answer plaintiff's Amended Complaint. The ground for this Motion is that, given the complexity of the allegations in plaintiff's 228 paragraph Amended Complaint, defense counsel needs to meet and review the answers with the defendants before it can be finalized. This process has been commenced, but additional time is required to complete the process.

This is the second extension that the defendants have requested to file their answers. The plaintiff objects to the requested extension.

Respectfully submitted,
DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
James O. Craven (ct18790)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
jcraven@wiggin.com

**CERTIFICATION**

This is to certify that on this 30th day of December 2004, a copy of the foregoing was sent via certified mail, return receipt requested and first class mail, postage prepaid, to the pro se plaintiff:

Lisa Egan, a/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

_____
James O. Craven

\487\5009\506488.1