# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

FILED

2005 JUN -7 P 2: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| PLAINTIFF | |
| VS. | JUNE 6, 2005 |
| DR. JOHN PERSING | CIVIL ACTION |
| and | |
| YALE NEW HAVEN HOSPITAL | |
| and | MOTION FOR |
| YALE UNIVERSITY | ENLARGEMENT OF |
| DEFENDANTS | TIME TO RESPOND |
| | JURY DEMANDED |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The plaintiff, Hadley Macpherson, respectfully requests an enlargement of time to the current scheduling order, and a postponement of the telephone conference that is scheduled to occur on Thursday, June 9, 2005.

The plaintiff, Hadley Macpherson, was hospitalized for seven days from the time period between Friday, May 20, 2005 through Thursday, June 2, 2005.

During that time, the plaintiff, Hadley Macpherson, underwent a spinal tap (lumbar puncture), which procedure left the plaintiffs spinal chord with a puncture wound that then unfortunately failed to heal and close.

That failure resulted in the plaintiff leaking spinal fluid, which then required the plaintiff to undergo another spinal procedure to stop the leakage of fluid.

The second procedure failed again to remedy the situation, and the plaintiff underwent another spinal procedure in an effort to once more stop the leakage of spinal fluid.

Due to the above, the plaintiff has laid flat on her back for almost two weeks, having been forbidden to sit up, walk, or participate in any movement during that time, as any movement could cause the spinal chord to fail to close.

As a result, the plaintiff has been incapacitated due to the condition itself, the pain, and medication, and the plaintiff is still incapacitated as of this day of Monday, June 6, 2005.

While the plaintiff was still hoping as of earlier this day, that she would be able to begin work tomorrow, meet the deadlines imposed, and participate in the telephone conference on Friday, June 9, 2005, the plaintiff now knows that is not possible.

The plaintiff has just learned this night, that she will have to return to the hospital tomorrow morning, as it appears that an infection of the spinal chord has developed, or that some residual damage has been incurred which requires immediate attention.

Moreover, if there is an actual infection of the spine, the plaintiff will be immediately hospitalized for several weeks and placed on intraveneous antibiotics in an attempt to stop the infection from causing permanent paralysis

The plaintiff did not have the opportunity to contact the attorneys for the defendants in this case before filing for this request for an enlargement of time, as the plaintiffs needed to Fedex this out this night from North Carolina, in order to have this request reach the District Court by before the day of the telephone conference.

Further, should the plaintiff remain hospitalized after tomorrow, the plaintiff would have no ability or opportunity to file for this enlargement of time.

The plaintiff is asking for an enlargement of time of two weeks, or any amount of time the court is willing to afford, so that the plaintiff, Hadley Macpherson can recover physically, lay flat for the time required to prevent damage, make up the time lost, and hopefully heal.

Without an enlargement of time the plaintiff risks permanent spinal injury.

**Wherefore**, the plaintiff requests an enlargement of time of at least two weeks, of all scheduling deadlines, and of the telephone conference, or any amount of time deemed fair under the circumstances to prevent manifest injustice.

Respectfully Submitted,

*Hadley Macpherson*

Hadley Macpherson

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day of June 6, 2005, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832.

Respectfully,

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270
(704) 675 - 5252