**FILED**

2005 AUG 24 P 12: 00

UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT         BRIDGEPORT, CONN

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : | |
| : | |
| **Plaintiff,** : | |
| : | **CASE NO. 302CV1973 (JCH)** |
| **v.** : | |
| : | |
| YALE MEDICAL GROUP, YALE-NEW : | |
| HAVEN HOSPITAL, YALE PLASTIC : | |
| SURGERY and DR. JOHN PERSING, : | |
| : | **AUGUST 22, 2005** |
| **Defendants.** : | |
| : | |

## MOTION TO DISMISS

Pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure, defendants Yale Medical

Group, Yale-New Haven Hospital, Yale Plastic Surgery and Dr. John Persing ("Defendants")

hereby move to dismiss this action for plaintiff's failure to comply with this Court's June 23,

2005 Order that required plaintiff to provide Defendants with authorization for the release of

medical records by July 20, 2005. In support of this Motion, Defendants submit the attached

memorandum of law.

**ARGUMENT NOT REQUESTED /
TESTIMONY NOT REQUIRED**

RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.


By:_____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin & Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel:  (203) 498-4400
Fax:  (203) 782-2889
Email:  pseaman@wiggin.com
           kbudge@wiggin.com

2

## CERTIFICATION

I hereby certify that on this 22nd day of August, 2005, a copy of the foregoing was sent by regular mail, postage pre-paid to the following counsel/pro se parties of record.

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Kevin S. Budge