Wiggin and Dana LLP  
One Century Tower  
P.O. Box 1832  
New Haven, Connecticut  
06508-1832  
www.wiggin.com  

Kevin S. Budge  
203.498.4378  
203.782.2889 fax  
kbudge@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

**VIA FEDEX AND REGULAR MAIL**

June 24, 2005

Lisa Egan, n/k/a Hadley Macpherson  
2015 McKenzie Creek Drive  
Charlotte, NC 28270

Re:   Egan v. Yale Newhaven Hospital, Et. Al.

Dear Ms. Macpherson:

Pursuant to Judge Hall's June 23, 2005 order, enclosed please find our standard HIPPA Authorization for your execution. Also enclosed, please find a self-addressed stamped envelope that you may use to return the executed authorization. Pursuant to the Court's order, the signed authorization must be returned to Wiggin and Dana, LLP on or before July 20, 2005.

I am also enclosing a first set of interrogatories for your completion and return to Wiggin and Dana, LLP. If you have any problems with the authorization or interrogatories, please contact Bonnie Patten (203)498-4367 so that they may be resolved.

Very truly yours,

Kevin S. Budge

cc:    Penny Seaman  
       Bonnie Patten

Enclosures

\487\5009\539756.1

*New Haven   Stamford   New York   Hartford   Philadelphia*