Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832

203.498.4400
203.782.2889 fax
www.wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

VIA CERTIFIED MAIL

July 29, 2005

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Re:  <u>Egan v. Yale-New Haven Hospital, et al</u>

Dear Ms. Macpherson:

Please refer to our letter of June 24, 2005, a copy of which is enclosed and provide this office with the signed authorization as soon as possible. We are once again enclosing a blank authorization and providing a self-addressed, stamped envelope. If we do not receive the signed authorization by August 18, 2005, we will notify the Court.

Very truly yours,

*Diana Coppola*

Diana Coppola
Paralegal

Enclosures

\487\5009\545801.1

*New Haven   Stamford   New York   Hartford   Philadelphia*

# AUTHORIZATION TO USE
# AND DISCLOSE HEALTH INFORMATION

To Health Care Provider:

_____

_____

_____

Name of Patient/Individual:                             Date of Birth:

     I authorize you to disclose to Wiggin and Dana LLP, my health information, including but not limited to: case history, hospital records, office visit records, physician's reports and notes, nurse's notes, telephone logs, physician/hospital correspondence, medical history, consent forms, x-rays or other diagnostic studies, x-ray/film reports, pathology reports, diagnostic testing reports, laboratory reports, prescriptions and/or medication history, correspondence to and from patient, physicians, other health care providers and/or insurance companies, consultations, and dental records and reports and any and all billing records, including insurance payment information.

     I understand that this health information may include HIV-related information and/or information relating to diagnosis or treatment of psychiatric disabilities and/or substance abuse and that by signing this form, I am authorizing such information to be disclosed.

     I authorize the above health care provider to disclose the information described above to Wiggin and Dana LLP, and I authorize Wiggin and Dana LLP to use the information for litigation purposes, including but not limited to, sharing this information with necessary witnesses, experts and consultants retained by Wiggin and Dana LLP in connection with litigation. I also authorization the above health care provider to forward copies of all documents sent in compliance with this authorization to be sent to Jacobs, Grudberg, Belt, Dow and Katz at 350 Orange Street, New Haven, CT.

## Expiration

     This Authorization will expire the later of one year from the date of execution or upon final disposition of the litigation.

I understand that Wiggin and Dana LLP is not a health care provider or health plan covered by the federal Privacy Rule, and therefore that the information used or disclosed as described above may be redisclosed by the recipient and no longer be protected by the Privacy Rule. However, other state or federal law may prohibit the recipient from disclosing specially protected information, such as substance abuse treatment information, HIV/AIDS-related information, and psychiatric/mental health information.

I understand that I may revoke this Authorization in writing at any time, except to the extent that the above health care provider has already taken action in reliance on this Authorization.

I understand that my refusal to sign this Authorization will not jeopardize my right to obtain present or future medical treatment except where disclosure of the information is necessary for the treatment.

I understand that my refusal to sign this Authorization will not jeopardize my right to obtain present or future treatment for psychiatric disabilities except where disclosure of the information is necessary for the treatment.

I understand that I am not required to sign this Authorization as a condition of treatment, payment, enrollment or eligibility for benefits.

By signing below, I acknowledge that I have read and understand this Authorization form.

_____                    _____
Signature of Patient or                                                  Date
Patient's Authorized Representative

If signed by Patient's Representative, please print name and describe relationship to Patient or other authority to act:

_____                    _____
Name                                                                     Relationship to
                                                                         Patient