Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

203.498.4400
203.782.2889 fax

**WIGGIN AND DANA**

*Counsellors at Law*

**VIA FEDERAL EXPRESS**

August 9, 2005

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Re:   <u>Egan v. Yale Medical Group, et al.</u>

Dear Ms. Macpherson:

Enclosed please find the amended Authorization and multiple copies for your review and signature. I am aware that you discussed these changes with Attorney Craven on August 5, 2005. Please review them to make certain they address all of your concerns. Once signed, please return them to me in the return Federal Express envelope. As discussed, there may be a charge for the photocopying fee from the particular Healthcare provider. If you have any questions or comments regarding the authorization, feel free to contact me directly at (203) 498-4556.

Very truly yours,

Diana Coppola

DC/saf
Enclosures

\487\5009\546717.1

*New Haven   Stamford   New York   Hartford   Philadelphia*

# AUTHORIZATION TO USE
## AND DISCLOSE HEALTH INFORMATION

To Healthcare Provider:

_____

_____

_____

Name of Patient/Individual: _____     Date of Birth: _____

    **I authorize you to disclose to Wiggin and Dana LLP, my health information, including but not limited to: case history, hospital records, office visit records, physician's reports and notes, nurse's notes, telephone logs, physician/hospital correspondence, medical history, consent forms, x-rays or other diagnostic studies, x-ray/film reports, pathology reports, diagnostic testing reports, laboratory reports, prescriptions/medication history, correspondence to/from patient, physicians, other healthcare providers and/or insurance companies, consultations and reports and any and all billing records, including insurance payment information.**

    I authorize the above healthcare provider to disclose the information described above to Wiggin and Dana LLP, and I authorize Wiggin and Dana LLP to use the information for litigation purposes, including sharing this information with experts, health care providers, consultants retained by Wiggin and Dana LLP, and in court proceedings in connection with this litigation. Any information disclosed to Wiggin and Dana LLP should be simultaneously sent (at her own expense) to Lisa Egan a/k/a Hadley MacPherson at 2015 McKenzie Creek Drive, Charlotte, N.C. 28270.

## Expiration

    This Authorization will expire upon final disposition of the litigation. I understand that Wiggin and Dana LLP is not a healthcare provider or health plan covered by the federal Privacy Rule and, therefore, that the information used or disclosed as described above may be redisclosed (to the extent permitted above) by the recipient and no longer be protected by the Privacy Rule. However, other state or federal law may prohibit the recipient from disclosing specially protected information, such as substance abuse treatment information, HIV/AIDS-related information, and psychiatric/mental health information.

    I understand that I may revoke this Authorization in writing at any time, except to the extent that the above healthcare provider has already taken action in reliance on this Authorization. I understand that my refusal to sign this Authorization will not jeopardize my right to obtain present or future medical treatment except where disclosure of the information is necessary for the treatment. I understand that my refusal to sign this Authorization will not jeopardize my right to obtain present or future treatment for psychiatric disabilities except where disclosure of the information is necessary for the treatment. I understand that I am not required to sign this Authorization as a condition of treatment, payment, enrollment or eligibility for benefits.

    **By signing below, I acknowledge that I have read and understand this Authorization form.**

_____                    _____
Signature of Patient or                                  Date
Patient's Authorized Representative