Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Kevin S. Budge
203.498.4378
203.782.2889 fax
kbudge@wiggin.com

**WIGGIN AND DANA**

*Counsellors at Law*

**VIA FEDEX**

August 11, 2005

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

Re:   Egan v. Yale New Haven Hospital, et al.

Dear Ms. Macpherson:

Pursuant to Judge Hall's June 23, 2005 order, you were required to provide a signed HIPPA medical authorization which was to be returned to Wiggin and Dana, LLP on or before July 20, 2005. On June 24, 2005 a blank authorization was sent to you via FedEx along with a self addressed stamped envelope for you to return the signed authorization to our office. I understand that you spoke at length with Bonnie Patten on August 2, 2005 and with Jim Craven on August 5, 2005 regarding your requested changes to the authorization. On August 9, 2005 a revised authorization was sent via FedEx to you for your signature along with a return FedEx envelope.

Please return the executed authorization to our office in the previously provided FedEx envelope by Monday, August 15, 2005. If the authorization is not received by August 15, 2005, we will have no alternative but to seek the Court's intervention.

Very truly yours,

Kevin S. Budge

cc:   Penny Seaman
       Bonnie Patten

Enclosures

\487\5009\539756.1

*New Haven   Stamford   New York   Hartford   Philadelphia*