UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> YALE MEDICAL GROUP, YALE-NEW : <br> HAVEN HOSPITAL, YALE PLASTIC : <br> SURGERY and DR. JOHN PERSING, : <br> : <br> **Defendants.** : <br> : | CASE NO. 302CV1973 (JCH) <br><br><br> OCTOBER 20, 2005 |

### REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO DISMISS AND MOTION TO PRECLUDE

The plaintiff represents, in her Objection to Defendants' Motion to Dismiss and Motion to Preclude dated September 16, 2005, (1) that she has provided the defendants with an executed medical authorization, and (2) that she has provided the defendants with "the name and identity of the Medical Expert she would call at Trial" [sic]. The defendants have not received an executed authorization from the plaintiff. See Affidavit of Diana Coppola attached hereto. Furthermore, other than the plaintiff's verbal statements regarding expert witnesses during the June 23, 2005 telephone status conference, no written disclosure of experts, in compliance with Rule 26(a)(2), has been received by the defendants from the plaintiff. See Affidavit of Diana Coppola.

In addition, at the June 23, 2005 status conference, the Court ordered that discovery was to be completed by October 31, 2005. On July 27, 2005, the defendants served written discovery requests on the plaintiff. However, to date, defendants have not received any written objections or responses from the plaintiff to the discovery requests. See Affidavit of Diana Coppola. The defendants respectfully

request that the Court grant their Motion to Dismiss and their Motion to Preclude plaintiff from calling any expert witnesses at trial.

                                RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin & Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
       kbudge@wiggin.com
Their Attorneys

## **CERTIFICATION**

I hereby certify that on this 20th day of October, 2005, a copy of the foregoing was sent by FedEx to the following counsel/pro se parties of record.

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

                                                     _____
                                                     Kevin S. Budge

\487\5009\556608.

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> YALE MEDICAL GROUP, YALE-NEW : <br> HAVEN HOSPITAL, YALE PLASTIC : <br> SURGERY and DR. JOHN PERSING, : <br> : <br> **Defendants.** : <br> : | CASE NO. 302CV1973 (JCH) <br><br> OCTOBER 20, 2005 |

## AFFIDAVIT OF DIANA COPPOLA

I, Diana Coppola, being duly sworn, do hereby depose and say that:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I am a paralegal at the law firm of Wiggin and Dana LLP, which represents Yale Medical Group, Yale New-Haven Hospital, Yale Plastic Surgery and Dr. John Persing ("Defendants") in this action.

3. Lisa Egan a/k/a Hadley Macpherson ("Plaintiff") has sued Defendants.

4. I am responsible for maintaining and updating the Wiggin and Dana LLP file in this matter.

5. As of October 20, 2005, Wiggin and Dana LLP has not received an executed medical authorization from Plaintiff.

6. As of October 20, 2005 Wiggin and Dana LLP has not received a written disclosure of experts as required by Rule 26(a)(2) from Plaintiff.

7.  As of October 20, 2005 Wiggin and Dana LLP has not received responses to its July 27, 2005 interrogatories and requests for production directed to Plaintiff.

The foregoing is true to the best of my knowledge and belief.

*/s/ Diana Coppola*
Diana Coppola

Sworn and subscribed to before me
this 20th day of October, 2005.

*/s/ Agnes C. Potypello*
Notary Public

My Commission Expires December 31, 2006

\487\5009\557136.1

- 2 -