UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : | |
| : | |
| **Plaintiff,** : | **CASE NO. 302CV1973 (JCH)** |
| **v.** : | |
| : | |
| **YALE MEDICAL GROUP, YALE-NEW** : | |
| **HAVEN HOSPITAL, YALE PLASTIC** : | |
| **SURGERY and DR. JOHN PERSING,** : | |
| : | **NOVEMBER 30, 2005** |
| **Defendants.** : | |
| : | |

## MOTION FOR ENLARGMENT OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Defendants, Yale Medical Group, Yale-New Haven Hospital, Yale Plastic Surgery & John Persing, M.D. respectfully move for a sixty (60) day extension until and including January 30, 2006, within which to file dispositive motions. Defendants request this additional time because the Plaintiff has not yet complied with discovery and Defendants have just received Plaintiff's signed authorizations. Although the authorizations have been sent to the designated health care providers, Defendants have not yet received the medical records. On November 29, 2005, the undersigned left a message on Plaintiff's answering machine requesting her position regarding this motion. As of the filing of this motion, Plaintiff had not responded to the undersigned's telephone message.

DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By:_____

Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT  06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
        kbudge@wiggin.com

## **CERTIFICATION**

This is to certify that on this 30th day of November 2005, a copy of the foregoing was sent via Federal Express to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

Kevin S. Budge

\487\5009\564887.1