UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON) : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| V. : | 3:02-CV-1973 (JCH) |
| : | |
| YALE MEDICAL GROUP, YALE-NEW : | |
| HAVEN HOSPITAL, YALE PLASTIC : | |
| SURGERY and DR. JOHN PERSING : | |
| Defendants. : | JANUARY 9, 2006 |

### CYNTHIA GAILLARD'S, DIERDRE STOWE'S MARION LANE'S AND HELEN ROGINIEL'S MOTION TO QUASH AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26, 30 and 45, non-party subpoena recipients, Cynthia Gaillard, Dierdre Stowe, Marion Lane and Helen Roginiel, by and through their undersigned counsel, hereby request that the Court issue an order quashing the subpoenas served on them, dated January 5, 2006, and entering a protective order. The grounds for the Motion are that Cynthia Gaillard, Dierdre Stowe, Marion Lane and Helen Roginiel have no personal knowledge of any issue relevant to this case.

The undersigned counsel has contacted plaintiff in an effort to amicably resolve this dispute, but such efforts were unsuccessful. In support of this Motion, Cynthia Gaillard, Dierdre Stowe, Marion Lane and Helen Roginiel rely on the Memorandum of Law filed herewith.

RESPECTFULLY SUBMITTED,
CYNTHIA GAILLARD, DIERDRE STOWE
MARION LANE AND HELEN ROGINIEL

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin & Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
Their Attorneys

## **CERTIFICATION**

This is to certify that on this 9th day of January 2006, a copy of the foregoing was served via Federal Express and facsimile, to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Penny Q. Seaman

\487\5009\570996.2