**EXHIBIT A**

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

(14 pages) including Attached Supeona

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| Plaintiff, | |
| | CIVIL ACTION |
| VS. | |
| | JANUARY 5, 2006 |
| DR. JOHN PERSING | |
| and | PLAINTIFF'S NOTICE |
| YALE NEW HAVEN HOSPITAL | OF DEPOSITIONS OF |
| and | VICKY EMERY |
| YALE UNIVERSITY | HELEN ROGINIEL |
| Defendants | CYNTHIA GAILLARD |
| | DIERDRE STOWE |
| | MARION LANE |

and Attached Subpoenas

1

# PLAINTIFF'S NOTICE OF DEPOSITION OF

# VICKY EMERY - ON JAN. 12, 2006 IN GREENWICH CONNECTICUT

# AND DEPOSITIONS OF

# HELEN ROGINIEL, CYNTHIA GAILLARD, DIERDRE STOWE, AND

# MARION LANE - ON JAN. 11, 2006 IN NEW HAVEN CONNECTICUT

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Vicky Emery**, on **January 12, 2006, in Greenwich Connecticut**, and will further take the deposition testimony of **Helen Roginiel, Cynthia Gaillard, Dierdre Stowe,** and **Marion Lane** on **January 11, 2006, in New Haven Connecticut**, in the manner described, and at the times specified, as listed below in the following Notice of Depositions:

1.  **VICKY EMERY**

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Vicky Emery**, on **January 12, 2006, at 10:30 am,** in a meeting room at St. Paul's Lutheran Church located at **286 Delavan Avenue, Greenwich Connecticut**, before a notary who is an officer authorized to administer oaths.

Said deposition testimony will be taken by <u>both</u> stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Vicky Emery, who daily works under Dr. Linton Whitaker, at 10 Penn Tower, 3400 Spruce Street, located in Philadelphia Pennsylvania, is being compelled to appear at the said Deposition by Subpeona. [see attached copy of Subpeona]

Vicky Emery was ordered in her Subpeona, to bring to the Deposition, all records, documents, photographs, letters, notes, medical records, telephone messages, relating to Hadley Macpherson a.ka Lisa Egan, as well as all correspondence received from or sent to the attorneys of Wiggin & Dana, Dr. John Persing, Yale University, Yale New Haven Hospital, Yale Medical Group, and Hadley Macpherson, a.ka. Lisa Egan relating to the examination, treatment, or evaluation of Hadley Macpherson, a.k.a. Lisa Egan.

Attached to Vicky Emery's Subpeona, was a check for $170.00 to cover the cost of transportation to and from the deposition location and the witness fee of $40.00.

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription, and use of the facilities where the deposition will take place.

You are invited to attend and cross-examine.

[ <u>CONTINUED ON THE FOLLOWING PAGE AS TO HELEN ROGINIEL CYNTHIA GAILLARD, DEIRDRE STOWE, AND MARION LANE</u> ]

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

(14 pages) including Attached Subpoena

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| Plaintiff, | |
| | CIVIL ACTION |
| VS. | |
| | JANUARY 5, 2006 |
| DR. JOHN PERSING | |
| and | PLAINTIFF'S NOTICE |
| YALE NEW HAVEN HOSPITAL | OF DEPOSITIONS OF |
| and | VICKY EMERY |
| YALE UNIVERSITY | HELEN ROGINIEL |
| Defendants | CYNTHIA GAILLARD |
| | DIERDRE STOWE |
| | MARION LANE |
| | and Attached Subpoenas |

1

## PLAINTIFF'S NOTICE OF DEPOSITION OF

## VICKY EMERY - ON JAN. 12, 2006 IN GREENWICH CONNECTICUT

## AND DEPOSITIONS OF

## HELEN ROGINIEL, CYNTHIA GAILLARD, DIERDRE STOWE, AND

## MARION LANE - ON JAN. 11, 2006 IN NEW HAVEN CONNECTICUT

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Vicky Emery**, on **January 12, 2006, in Greenwich Connecticut**, and will further take the deposition testimony of **Helen Roginiel, Cynthia Gaillard, Dierdre Stowe**, and **Marion Lane** on **January 11, 2006, in New Haven Connecticut**, in the manner described, and at the times specified, as listed below in the following Notice of Depositions:

1.  **VICKY EMERY**

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Vicky Emery**, on **January 12, 2006, at 10:30 am**, in a meeting room at St. Paul's Lutheran Church located at **286 Delavan Avenue, Greenwich Connecticut**, before a notary who is an officer authorized to administer oaths.

2

Said deposition testimony will be taken by <u>both</u> stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Vicky Emery, who daily works under Dr. Linton Whitaker, at 10 Penn Tower, 3400 Spruce Street, located in Philadelphia Pennsylvania, is being compelled to appear at the said Deposition by Subpeona. [see attached copy of Subpeona]

Vicky Emery was ordered in her Subpeona, to bring to the Deposition, all records, documents, photographs, letters, notes, medical records, telephone messages, relating to Hadley Macpherson a.ka Lisa Egan, as well as all correspondence received from or sent to the attorneys of Wiggin & Dana, Dr. John Persing, Yale University, Yale New Haven Hospital, Yale Medical Group, and Hadley Macpherson, a.ka. Lisa Egan relating to the examination, treatment, or evaluation of Hadley Macpherson, a.k.a. Lisa Egan.

Attached to Vicky Emery's Subpeona, was a check for $170.00 to cover the cost of transportation to and from the deposition location and the witness fee of $40.00.

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription, and use of the facilities where the deposition will take place.

You are invited to attend and cross-examine.

[ <u>CONTINUED ON THE FOLLOWING PAGE AS TO HELEN ROGINIEL CYNTHIA GAILLARD, DEIRDRE STOWE, AND MARION LANE</u> ]

2.  **HELEN ROGINIEL**

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Helen Roginiel**, on **January 11, 2006**, at **8:30 am**, in Room **1176 on the eleventh (11th) floor of the West Pavillion/ Children's Hospital at 20 York Street in New Haven Connecticut**, before a notary who is an officer authorized to administer oaths.

To locate **Room 1176**, enter through the entrance located at **20 York Street in New Haven Connecticut**, and then follow the signs to **West Pavilion/Children's Hospital elevators. Take the elevators to the eleventh (11th) floor in Children's Hospital**, and then walk straight to the reception area and bear left. **Room 1176 is located on the left**.

Said deposition testimony will be taken by <u>both</u> stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Helen Roginiel, who daily works and performs her duties at the Yale Physicians Building located at 800 Howard Avenue, in New Haven Connecticut, as well as at Yale New Haven Hospital located at 20 York Street in New Haven Connecticut, is being compelled to appear at the said Deposition by Subpeona. [see attached copy of Subpeona]

Helen Roginiel's Subpoena was accompanied by a check in the amount of $40 to cover the witness fee of $40.00.

There are no fees required to be paid for transportation to or from the place of Deposition given that the Deposition is being held inside Yale New Haven Hospital, which is attached to the Yale Physician's Building by an open corridor which joins the two buildings without obstruction.

4

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription.

You are invited to attend and cross-examine.

[ CONTINUED BELOW AND ON THE FOLLOWING PAGES AS TO CYNTHIA GAILLARD, DEIRDRE STOWE, AND MARION LANE ]

2. **CYNTHIA GAILLARD**

NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Cynthia Gaillard**, on **January 11, 2006**, at **10:30 am**, in **Room 1176** on the **eleventh (11th) floor of the West Pavillion/ Children's Hospital at 20 York Street in New Haven Connecticut**, before a notary who is an officer authorized to administer oaths.

To locate **Room 1176**, enter through the entrance located at **20 York Street in New Haven Connecticut**, and then follow the signs to **West Pavilion/Children's Hospital elevators. Take the elevators to the eleventh (11th) floor in Children's Hospital**, and then walk straight to the reception area and bear left. **Room 1176 is located on the left**.

Said deposition testimony will be taken by both stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Cynthia Gaillard, who daily appears for work at Yale New Haven Hospital located at 20 York Street in New Haven Connecticut, and carries out her duties at that location, is being compelled to appear at the said Deposition by Subpeona. [see attached copy of Subpeona]

5

Cynthia Gaillard's Subpoena was accompanied by a check in the amount of $40 to cover the witness fee of $40.00.

There are no fees required to be paid for transportation to or from the place of Deposition given that the Deposition is being held inside Yale New Haven Hospital where Cynthia Gaillard daily appears for work and carries out her duties.

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription.

You are invited to attend and cross-examine.

[ CONTINUED BELOW AND ON THE FOLLOWING PAGES

AS TO DEIRDRE STOWE, AND MARION LANE ]


2. **DEIRDRE STOWE**


NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Deirdre Stowe**, on **January 11, 2006, at 12:00 pm, in Room 1176 on the eleventh (11th) floor of the West Pavillion/ Children's Hospital at 20 York Street in New Haven Connecticut**, before a notary who is an officer authorized to administer oaths.

To locate **Room 1176**, enter through the entrance located at **20 York Street in New Haven Connecticut**, and then follow the signs to **West Pavilion/Children's Hospital elevators. Take the elevators to the eleventh (11th) floor in Children's Hospital**, and then walk straight to the reception area and bear left. **Room 1176 is located on the left**.

Said deposition testimony will be taken by <u>both</u> stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Dierdre Stowe, who daily works and performs her duties at the Yale Physicians Building located at 800 Howard Avenue, in New Haven Connecticut, as well as at Yale New Haven Hospital located at 20 York Street in New Haven Connecticut, is being compelled to appear at the said Deposition by Subpeona.   [see attached copy of Subpeona]

Deirdre Stowe's Subpoena was accompanied by a check in the amount of $40 to cover the witness fee of $40.00.

There are no fees required to be paid for transportation to or from the place of Deposition given that the Deposition is being held inside Yale New Haven Hospital, which is attached to the Yale Physician's Building by an open corridor which joins the two buildings without obstruction.

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription.

You are invited to attend and cross-examine.


[ <u>CONTINUED BELOW AND ON THE FOLLOWING PAGES AS TO</u>

<u>MARION LANE</u> ]


2.   **<u>MARION LANE</u>**


NOTICE IS HEREBY GIVEN THAT pursuant to Federal Rule of Civil Procedure, Rule 30, the plaintiff, Hadley Macpherson will take the deposition testimony of **Marion Lane**, on **January 11, 2006**, at **1:30 pm**, in **Room 1176 on the eleventh (11th) floor of the West**

-7-

**Pavillion/ Children's Hospital at 20 York Street in New Haven Connecticut**, before a notary who is an officer authorized to administer oaths.

To locate **Room 1176**, enter through the entrance located at **20 York Street in New Haven Connecticut**, and then follow the signs to **West Pavilion/Children's Hospital elevators. Take the elevators to the eleventh (11th) floor in Children's Hospital**, and then walk straight to the reception area and bear left. <u>**Room 1176 is located on the left**</u>.

Said deposition testimony will be taken by <u>both</u> stenographic means and videographic means, and recorded by individuals licensed under Connecticut and United States laws to do so.

Marion Lane, who daily works and performs her duties at the Yale Physicians Building located at 800 Howard Avenue, in New Haven Connecticut, as well as at Yale New Haven Hospital located at 20 York Street in New Haven Connecticut, is being compelled to appear at the said Deposition by Subpeona. [see attached copy of Subpeona]

Marion Lane's Subpoena was accompanied by a check in the amount of $40 to cover the witness fee of $40.00.

There are no fees required to be paid for transportation to and from the place of Deposition given that the Deposition is being held inside Yale New Haven Hospital, which is attached to the Yale Physician's Building by an open corridor which joins the two buildings without obstruction.

The fees incurred for the taking of the deposition are being borne by the plaintiff, Hadley Macpherson, specifically, the cost of the stenographic and videographic transcription.

You are invited to attend and cross-examine.

[SIGNATURE AND CERTIFICATION ON FOLLOWING PAGE]

8

*January 5, 2006*
January 5, 2006

*Hadley Macpherson*
Hadley Macpherson, pro se
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
704-675-5252

# CERTIFICATION

This is to certify that a copy of the foregoing "Plaintiff's Notice of Deposition" has been hand delivered by courier on this day of Thursday, January 6, 2006 2006, to the law offices of Wiggins and Dana, 265 Church Street, New Haven Connecticut, 06508 - 1832.

This is to further certify that a copy of the forgoing "Plaintiff's Notice of Deposition" Was faxed to the fax line of Wiggin & Dana at 203-782-2889 the same day of Thursday, January 6, 2006.

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270
(704) 675 - 5252

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF Hadley Macpherson (Lisa Egan) CONNECTICUT

V.

Dr. John Persing
Yale New Haven Hospital
Yale University
Yale Medical Group

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV1973 JCH

TO: Vicky Emery

Office: 10 Penn Tower
3400 Spruce Street
Philadelphia, Pennsylvania
19104

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION St. Paul's Lutheran Church - Meeting Room 286 Delavan Avenue, Greenwich Connecticut | DATE AND TIME 10:30 am January 12, 2006 |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All documents, records, photographs, letters, notes, medical records, telephone messages, Medical Authorizations, relating to Hadley Macpherson aka Lisa Egan, as well as all correspondence received from or sent to the attorneys at Wiggin & Dana, Dr. John Persing, Yale New Haven Hospital, Yale Medical Group, Yale University, relating to examination, evaluation, and treatment of Hadley Macpherson (Lisa Egan)

| PLACE St. Paul's Lutheran Church - Meeting Room 286 Delavan Avenue, Greenwich Connecticut | DATE AND TIME 10:30 am January 12, 2006 |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) KEVIN F. ROWE, CLERK | DATE December 27, 2005 |
| --- | --- |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER By Tasha Simpson, Deputy Clerk | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT (located at Bridgeport)

Hadley Macpherson (Lisa Egan)

V.

Yale New Haven Hospital
Dr. John Persing
Yale University
Yale Medical Group

TO: Helen Roginiel

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02CV1973 JCH

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY | COURTROOM
| DATE AND TIME

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

PLACE OF DEPOSITION: 20 York Street, New Haven, CT - Follow signs to West Pavillion/Children's Hospital Elevators. Ride to 11th floor in Children's Hospital. Walk straight to reception area and bear left. Room 1176 on left.

DATE AND TIME: 8:30 am January 11, 2006

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLACE | DATE AND TIME

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES | DATE AND TIME

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

KEVIN F. ROWE, CLERK

By _Christie O. Cox_ Deputy Clerk

DATE: 1-5-06

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF ~~CONNECTICUT~~ (located at Bridgeport)

Hadley Macpherson (Lisa Egan)

v.

Yale New Haven Hospital
Dr. John Persing
Yale University
Yale Medical Group

TO: Cynthia Gaillard

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02 CV 1973 JCH

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. New Haven, CT

| PLACE OF DEPOSITION 20 York Street - Follow signs to West Pavillion Children's Hospital elevators. Ride to 11th floor in Children's Hospital. Walk straight to reception area and bear left. Room 1176 on left. | DATE AND TIME 10:30 am January 11, 2006 |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) KEVIN F. ROWE, CLERK | DATE 1-5-06 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER By [signature] Deputy Clerk | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

01/05/2006 22:38 FAX                                                                  @001

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT (located at Bridgeport)

Hadley Macpherson (Lisa Egan)

**SUBPOENA IN A CIVIL CASE**

v.

Dr. John Persing
Yale New Haven Hospital
Yale University
Yale Medical Group

CASE NUMBER: 3:02 CV 1973 JCH

TO: Dierdre Stowe

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: New Haven, CT 20 York Street - Follow signs to West Pavillion/Children Hospital Elevators. Ride to 11th floor in Children's Hospital. Walk straight to reception area and bear left. Room 117.6 on left. | DATE AND TIME 12:00 noon January 11, 2006 |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) KEVIN F. ROWE, CLERK | DATE 1-5-06 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER BY Chystie O. Cog Deputy Clerk | |

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT (located at Bridgeport)

Hadley Macpherson, (Lisa Egan)

v.

Dr. John Persing
Yale New Haven Hospital
Yale University
Yale Medical Group

TO: Marion Lane

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 3:02 CV 1973 JCH

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| New Haven, CT — 20 York Street — Follow signs to West Pavillion/ Children's Hospital Elevators. Ride to 11th floor in Children's Hospital. Walk straight to reception area and bear left. Room 1176 on left | 1:30 pm January 11, 2006 |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| KEVIN F. ROWE, CLERK | 1-5-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

By Christine W. Cody
Deputy Clerk