## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON) : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| V. : | 3:02-CV-1973 (JCH) |
| : | |
| YALE MEDICAL GROUP, YALE-NEW : | |
| HAVEN HOSPITAL, YALE PLASTIC : | |
| SURGERY and DR. JOHN PERSING : | |
| Defendants. : | JANUARY 9, 2006 |

### GARY J. PRICE, M.D.'S MOTION TO QUASH
### AND FOR PROTECTIVE ORDER

Pursuant to Federal Rules of Civil Procedure 26, 30 and 45, non-party subpoena recipient, Gary J. Price, M.D. ("Dr. Price"), by and through his undersigned counsel, hereby requests that the Court issue an order quashing the subpoena duces tecum served on him, dated December 20, 2005, and entering a protective order. The grounds for the Motion are that: 1) Dr. Price saw the plaintiff on one occasion for a free cosmetic surgery consultation; 2) Dr. Price never conducted a medical examination or treated the plaintiff; 3) Dr. Price is not willing to serve as an expert in this case; and 4) due to patient obligations and the distance between his office in Guilford and the location of the proposed deposition in Greenwich, it would be unduly burdensome for Dr. Price to appear at the deposition.

The undersigned counsel has contacted plaintiff in an effort to amicably resolve this dispute, but such efforts were unsuccessful. In support of this Motion, Dr. Price relies on the Memorandum of Law filed herewith.

RESPECTFULLY SUBMITTED,
GARY J. PRICE, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
His Attorneys

## **CERTIFICATION**

This is to certify that on this 9th day of January 2006, a copy of the foregoing was served via Federal Express and facsimile, to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Penny Q. Seaman

\487\5009\570996.1

3