UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON) : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| V. : | 3:02-CV-1973 (JCH) |
| : | |
| YALE MEDICAL GROUP, YALE-NEW : | |
| HAVEN HOSPITAL, YALE PLASTIC : | |
| SURGERY and DR. JOHN PERSING : | |
| Defendants. : | JANUARY 9, 2006 |

## APPEARANCE

Please enter my appearance as counsel in this case for the non-party witnesses, Gary J. Price, M.D., Cynthia Gaillard, Dierdre Stowe, Marion Lane and Helen Roginiel.

RESPECTFULLY SUBMITTED,
GARY J. PRICE, M.D.
CYNTHIA GAILLARD
DIERDRE STOWE
MARION LANE
HELEN ROGINIEL

By: _____
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
kbudge@wiggin.com

## **CERTIFICATION**

This is to certify that on this 9th day of January 2006, a copy of the foregoing was served via Federal Express and facsimile, to the pro se plaintiff:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Kevin S. Budge

\487\5009\571462.1