UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, (EGAN) | : | |
| Plaintiff | : | CASE NO. 3:02CV1973(JCH) |
| vs. | : | |
| DR. JOHN PERSING, ET AL | : | |
| Defendants | : | JANUARY 9, 2006 |

### APPEARANCE

Please enter my appearance as Attorney for the deponent ALAN BRACKUP, M.D., in the above-captioned matter.

Dated at New Haven, Connecticut, this 9th day of January, 2006.

RESPECTFULLY SUBMITTED,
ALAN BRACKUP, M.D.

BY  */s/ M E Frechette*
MATTHEW E. FRECHETTE, ESQ. (CT02615)
HIS COUNSEL
FRECHETTE & FRECHETTE, ESQS.
12 TRUMBULL STREET
NEW HAVEN, CT 06511
TEL. NO. 203-865-2133
FACSIMILE NO. 203-562-6932
mefrechette@snet.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been faxed and mailed, postage pre-paid on this 9th day of January, 2006 to:

Via Fax: 203-782-2889
Penny Q. Seaman, Esq.
Kevin S. Budge, Esq.
Wiggin and Dana, LLP
P.O. Box 1832
New Haven, CT 06508-1832

Via Fax 1-704-675-5252
Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

_____
Matthew E. Frechette