# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

FILED

2006 FEB 23  A 10: 24

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1973 JCH |
| Plaintiff, | |
| | CIVIL ACTION |
| VS. | |
| | FEBRUARY 22, 2006 |
| DR. JOHN PERSING | |
| and | LETTER TO THE COURT |
| YALE NEW HAVEN HOSPITAL | STATING PLAINTIFF'S |
| and | INTENTION TO FILE AN |
| YALE UNIVERSITY | OBJECTION TO THE |
| Defendants, | DEFENDANTS' MOTION TO |
| | DISMISS WHICH WAS FILED |
| | BACK ON FEBRUARY 17, 2006 |

# **LETTER TO THE COURT**

This Letter to the Court, is intended to be filed on the open Docket, and according to the previous Court Order issued on June 2, 2004, relating to the plaintiff's filings, is deemed <u>as filed on the date of mailing,</u> and is therefore filed on this date of Wednesday, February 22, 2006.

On Friday, February 17, 2006, the defendants filed a "Motion to Dismiss" dated Friday, February 17, 2006, and "Memorandum of Law", which Motion and Memorandum of Law were not entered on the Docket until Tuesday, February 21, 2006 due to the Presidents Day holiday.

The plaintiff received her copy of the defendants "Motion to Dismiss" dated February 17, 2006, and supporting "Memorandum of Law" by way of Fed Ex, on Monday, February 20, 2006.

This Letter to the Court dated February 21, 2006, <u>is therefore in no way to be construed as a formal response</u> to the defendants, "Motion to Dismiss" dated February 17, 2006, or supporting "Memorandum of Law", but <u>is merely intended as a Notice given on the Record</u> to all counsel and the Court, of the plaintiffs intention to file a formal "Objection", with a supporting "Memorandum of Law" and "Affidavit of Hadley Macpherson" in response to the defendants newly filed "Motion to Dismiss" dated February 17, 2006, and supporting "Memorandum of Law", within the time allotted to her, and entitled to her, under the Federal Rules of Civil Procedure, and the Local Civil Rules.

Given the fact that the plaintiff only received her copy of the defendants "Motion to Dismiss" dated February 17, 2006, and supporting "Memorandum of Law", on Monday, February 20, 2006, and given the fact that the "Motion to Dismiss" dated February 17, 2006, and supporting "Memorandum of Law" did not post on the Docket until Tuesday, February 21, 2006, the plaintiff could not in any way have known of the existence of the "Motion to Dismiss" back

1

on Friday, February 17, 2006 when it was filed, until she received her copy by Fedex on Monday, February 20, 2006, and therefore could not yet have been had adequate time to draft and file her own formal "Objection", supporting "Memorandum of Law", and sworn Affidavit in response.

The plaintiff has a meritorious legal defense, as well as a meritorious factual defense, against the arguments and facts presented by the defendants in their "Motion to Dismiss" dated February 17, 2006, supporting "Memorandum of Law", and attached Exhibits, A, B, C, D.

The plaintiff also has <u>her own factual evidence to present</u> regarding events which occurred outside of the District Court relating to the Interrogatories dated July 27, 2005, as well as relating to the letter sent to this Court by Attorney Kevin Budge on Friday, January 27, 2006 (which was later filed by the Court on Tuesday, January 31, 2006), and from which letter the defendants obtained the very "Order" for Dismissal on Wednesday, February 1, 2006, that they now seek to enforce through their newly filed "Motion to Dismiss" dated February 17, 2006, and supporting "Memorandum of Law".

The plaintiff's factual evidence <u>is specific, is directly contradictory to the facts presented in Attorney Kevin Budge's Letter sent to the Court</u> back on January 27, 2006, and is also <u>directly contradictory to the facts presented in the newly filed "Motion to Dismiss" dated February 17, 2006, supporting "Memorandum of Law", and attached "Affidavit of Attorney James Craven" labeled as Exhibit B</u> .

The internet Docket informs the plaintiff that she has until and including March 10, 2006, to file an "Objection", supporting "Memorandum of Law", and "Affidavit" in response to the defendants "Motion to Dismiss" dated February 17, 2006, and "Memorandum of Law".

The plaintiff will be exercising her legal right to use the time entitled to her.

2

Respectfully Submitted,

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270
(704) 675 - 5252

## **CERTIFICATION**

This certifies that a copy of the foregoing was mailed this day of Wednesday, February 22, 2006, to Attorney Penny Seaman, at the law offices of Wiggins and Dana, located at 265 Church Street, New Haven Connecticut, 06508 - 1832.

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

3