UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), | : |
| Plaintiff, | : |
| v. | : CASE NO. 302CV1973 (JCH) |
| YALE MEDICAL GROUP, YALE-NEW HAVEN HOSPITAL, YALE PLASTIC SURGERY and DR. JOHN PERSING, | : |
| Defendants. | : FEBRUARY 28, 2006 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, defendants, Yale Medical Group, Yale-New Haven Hospital, Yale Plastic Surgery and Dr. John Persing ("defendants"), hereby move for entry of summary judgment on plaintiffs' Amended Complaint, dated January 24, 2004, to the extent that it is alleging medical malpractice claims because plaintiff does not have any experts to testify regarding any deviation from the standard of care. In addition, defendant, Yale-New Haven Hospital, further moves for entry of summary judgment on the ground that an action for lack of informed consent may not be brought against it as a matter of law. In support of this Motion, defendants have filed the attached Memorandum of Law.

RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By:_____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400; Fax: (203) 782-2889
Email: pseaman@wiggin.com
        kbudge@wiggin.com

## CERTIFICATION

I hereby certify that on this 28th day of February 2006, a copy of the foregoing was sent via Federal Express to the following pro se party of record:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

_____
Kevin S. Budge

\487\5009\578577.1