Original

United States District Court
District of Connecticut
at Bridgeport

Hadley Macpherson
        v.
Dr. John Persing et al

3:02 CV 1973 JCH

April 18, 2006

## Notice

The plaintiff's Objection to the defendants' Motion to Dismiss is arriving without the accompanying Memorandum of Law. The plaintiff's printer jammed and broke down in the middle of printing the Memorandum of Law and since it is 8:20 p.m. there is no where to remedy the situation in time to get it out in the last Fed Ex truck out of North Carolina tonight which leaves in 15 minutes.

The Memorandum of Law with attached Exhibits will go out tomorrow on Overnight FedEx.

The plaintiff apologizes for the delay.

Respectfully Submitted
Hadley Macpherson
Hadley Macpherson
2515 McKenzie Creek Drive
Charlotte NC 28270

Certification

A copy of the foregoing was sent this night to Attorney Penny Seaman at 265 Church Street, New Haven Ct.

Hadley Macpherson
2015 McKenzie Creek Dr.
Charlotte NC 28270