UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), : | |
| Plaintiff, : | |
| : | CASE NO. 302CV1973 (JCH) |
| v. : | |
| : | |
| YALE MEDICAL GROUP, YALE-NEW : | |
| HAVEN HOSPITAL, YALE PLASTIC : | |
| SURGERY and DR. JOHN PERSING, : | |
| : | MAY 23, 2006 |
| Defendants. : | |

## REPLY TO PLAINTIFF'S AMENDED MEMORANDUM OF LAW AND AFFIDAVIT IN SUPPORT OF HER OBJECTION TO DEFENDANTS' MOTION TO DISMISS

On or About May 8, 2006, the plaintiff filed a 456-paragraph, 175-page "Affidavit" in support of her objection to Defendants' Motion to Dismiss, dated February 17, 2006. Plaintiff's Affidavit is a voluminous and rambling monolog of self-serving statements and accusations that is irrelevant to the issues concerning the defendants' motion to dismiss.[1]

On February 17, 2006, lacking the documentation necessary to defend this action, the defendants filed their Motion to Dismiss. A month and a half later, on or about April 6, 2006, the plaintiff filed her "Amended Objection Defendants Motion to Dismiss." The defendants then filed their Reply to Plaintiff's Objection to Defendants' Motion to Dismiss on April 26, 2006. Now, a month later, the plaintiff seeks to file another "amendment" to her objection.

---

[1] If the Court requires or deems necessary, the defendants will respond to each of the allegations set forth in the plaintiff's 456-paragraph Affidavit.

Despite the plaintiff's multiple "amendments" to her objection, the issue remains the same as it was over three months ago – namely, plaintiff's persistent refusal to comply with the defendants' discovery requests. Specifically, the defendants timely filed Discovery Requests in July 2005, and have sought answers to these requests since that time so that they may fairly defend the action brought against them by the plaintiff. The plaintiff has failed, despite specific Order of the Court, to answer the July 2005 Discovery Requests. See Order dated February 1, 2006. Nothing in any of the papers or affidavits filed by the plaintiff negates this fact. Therefore, the defendants respectfully request that the Court grant their Motion to Dismiss.

RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE MEDICAL GROUP
YALE-NEW HAVEN HOSPITAL
YALE PLASTIC SURGERY
JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
       kbudge@wiggin.com

## CERTIFICATION

I hereby certify that on this 23rd day of May 2006, a copy of the foregoing was sent via FedEx to the following counsel/pro se parties of record:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Kevin S. Budge

\487\5009\594858.1