Original

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

FILED
2006 JUN 19 P 4:43
US DISTRICT COURT
BRIDGEPORT CT

**HADLEY MACPHERSON (EGAN)**

Plaintiff,

**VS.**

**DR. JOHN PERSING**

and

**YALE NEW HAVEN HOSPITAL**

and

**YALE UNIVERSITY**

**NO. 3:02CV1973 JCH**

**JUNE 19, 2006**

**CIVIL ACTION**

**SECOND SWORN "AFFIDAVIT OF HADLEY MACPHERSON" FILED IN SUPPORT OF PLAINTIFF'S "AMENDED OBJECTION" AND PLAINTIFFS "REPLY" TO DEFENDANTS' "MOTION TO DISMISS" FILED FEBRUARY 17, 2006 AND DEFENDANTS' "REPLY" DATED MAY 23, 2006**

# AFFIDAVIT OF HADLEY MACPHERSON

1. My name is Hadley Macpherson.

2. I am over 18 years of age.

3. I reside at 2015 McKenzie Creek Drive, in Charlotte, North Carolina, 28270.

4. On February 13, 2006, in response to the Court's February 1, 2006 Order, I mailed by Overnight Fed Ex , a copy of my "Letter to James Craven" dated August 12, 2005, Order, which was received by the District Court on February 14, 2006, and stamped as filed that day of February 14, 2006, in compliance with the Court's February 1, 2006 Order..

5. On February 14, 2005, I then mailed by Overnight Fed Ex to the District Court, my "Letter to the Court" dated February 14, 2005, a letter which explained the reason for my filing of my "Letter to Attorney James Craven" dated August 12, 2005, on February 14, 2006, in response to the Court's February 1, 2006 Order, instead my filing any Answers to the "Defendants' Second Set of Interrogatories and Requests for Production" dated July 27, 2005.

6.. On that same day of February 14, 2006, I faxed the counsel for the defendants, at the fax line of the law firm of Wiggin & Dana, at 203-782-2889, their copy of the letter of that I previously mailed them on August 12, 2005, the "Letter to James Craven" dated August 12, 2005, which I had filed in the District Court that same day of February 14, 2006, in compliance with the Court's February 1, 2006 Order.

7. On that same day of February 14, 2005, I also mailed by Overnight Fed Ex, a second copy of that same "Letter to James Craven" dated August 12, 2005 to the counsel for the defendants at the law firm of Wiggin & Dana, the same "Letter to James Craven" dated August 12, 2005 which I faxed to the counsel for the defendants' fax line of 203- 782-2889, at Wiggin & Dana, that same day of February 14, 2006.

8. On that same day of February 14, 2005, I also mailed to the counsel for the defendants at Wiggin & Dana, by Overnight Fed Ex, a copy of my "Letter to the Court" dated February 14, 2006, which I had mailed by Overnight Fed Ex that same night of February 14, 2006, to the District Court, a letter to the Court which explained the reason for my filing of the "Letter to Attorney James Craven" dated August 12, 2005, on February 14, 2006, in response to the Court's February 1, 2006 Order, instead my filing any actual Answers to the "Defendants' Second Set of Interrogatories and Requests for Production" dated July 27, 2005.

9. On February 15, 2006, I was unsure whether the counsel for the defendants had in fact received the Overnight Fed Ex I had mailed out to them on February 14, 2006, a Fed Ex containing both my "Letter to James Craven" dated August 12, 2006, and my "Letter to the Court" dated February 14, 2006, due to the Fed Ex website being temporarily inaccessible and my not being able to locate my tracking slip, so I re-sent, again by Overnight Fed Ex, another copy of the same "Letter to James Craven" dated August 12, 2005, and "Letter to the Court" dated February 14, 2006, to the counsel for the defendants, that I had sent to them by Overnight Fed Ex the day before, to make sure that

they were in possession of all that had been filed in the District Court the day before, on February 14, 2006.

**10.** I later located my tracking information regarding the first Overnight Fed Ex I had mailed out on February 14, 2006, to the counsel for the defendants at the law firm of Wiggin & Dana located at 265 Church Street , which was carrying a copy of the "Letter to James Craven" dated August 12, 2005, as well as a copy of the "Letter to the Court" dated February 14, 2005, and was able to verify that the Overnight Fed Ex mailed out to Wiggin & Dana on February 14, 2005, was in fact received by the counsel for the defendants on the morning of February 15, 2006.

**11.** I also then was able to track the second Overnight Fed Ex which I had sent to the counsel for the defendants at the law firm of Wiggin & Dana located at 265 Church Street in New Haven Connecticut, on February 15, 2006, as a precautionary measure, (if the first Fed Ex envelope sent the day before, on February 14, 2006, had not arrived), and was able to verify that the second Overnight Fed Ex envelope I had sent Overnight Fed Ex on February 15, 2006, was in fact received by the counsel for the defendants at Wiggin & Dana on the morning of February 16, 2006.

**12.** I printed off the Confirmation page to the Overnight Fed Ex sent to the law firm of Wiggin and Dana on February 14, 2006, which arrived at the offices of Wiggin Dana located at 265 Church Street in New Haven Connecticut, on the following morning of February 15, 2006, at 9:37 am, when it was signed for by an individual whose name and

signature appears to read as "Fowler".

**13.** I also printed off the Confirmation page to the second Overnight Fed Ex I had sent to the law firm of Wiggin and Dana as a precautionary measure, on February 15, 2006, which arrived at the offices of Wiggin Dana located at 265 Church Street in New Haven Connecticut, on the following morning of February 16, 2006, at 9:47 am, when it was signed for by the same individual whose name and signature appears to read as "Fowler".

**14.** I have attached to this Affidavit as an Exhibit, the Fed Ex Confirmation page of the first Overnight Fed Ex sent to Wiggin & Dana on February 14, 2006, which proves by the photographic image of the signature on that Confirmation page, that the first Overnight Fed Ex mailed to Wiggin & Dana on February 14, 2006, was received and signed for by the individual named "Fowler" at 9:37 am on the morning of February 15, 2006, as sworn to above. (EXHIBIT A)

**15.** I have attached to this Affidavit as an Exhibit, the Fed Ex Confirmation page of the second Overnight Fed Ex sent to Wiggin & Dana on February 15, 2006, which proves by the photographic image of the signature on that Confirmation page, that the second Overnight Fed Ex mailed to Wiggin & Dana on February 15, 2006 as a precautionary measure, was in fact received and signed for by the individual named "Fowler" at 9:47 am on the morning of February 16, 2006, as sworn to above. (EXHIBIT B)

**16.** I have also attached as an Exhibit to this Affidavit, a copy of the Fax Confirmation page,

which itself bears a photographic image of the "Letter to James Craven" dated August 12, 2005, directly on the face of the Fax Confirmation page, a Fax Confirmation page that proves that I faxed a copy of my previously sent "Letter to James Craven" dated August 12, 2005, to the fax line of 203-782-2889 belonging to the counsel for the defendants at the law firm of Wiggin & Dana, on February 14, 2006, in compliance with the Court's February 1, 2006, and that the fax II sent on February 14, 2006, was in fact received by The counsel for the defendants at Wiggin & Dana, on February 14, 2006, as sworn to above. (EXHIBIT C)

**17.** I can also produce, if asked to, and offer to produce, for the Court's in camera inspection, my telephone records, which prove that I sent the fax in question to the counsel for the defendants fax line at 203-782-2889, on February 14, 2006 as sworn to above, but I do not attach those records as an Exhibit for public inspection due to privacy issues surrounding the other telephone calls made to other private individuals, which are also evidenced in those telephone records.

**18.** I swear that the above sworn statements are true to the best of my belief and knowledge.

June 19, 2006
Date

Hadley Macpherson

19 June 2006
Date

Notary

**DONALD JONES**
***NOTARY PUBLIC***
MY COMMISSION EXPIRES MAR. 31, 2010

Respectfully Submitted,

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Caroline
28270
(704) 675-5252

**CERTIFICATION**

This is to certify that a copy of the foregoing has been delivered/sent this 19 day of June ~~15~~, 2006, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832.

Respectfully,

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270
(704) 675 - 5252



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

05/25/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790323174814**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 265 CHURCH |
| **Signed for by:** | G.FOWLER | **Delivery date:** | Feb 15, 2006 09:37 |
| **Service type:** | Priority Overnight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 790323174814 | **Ship date:** | Feb 14, 2006 |

**Recipient:**
WIGGIN & DANA ATTORNEY PENNY S
265 CHURCH STREET
NEW HAVEN, CT 06508 US

**Shipper:**
HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE, NC 28270 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

EXHIBIT A



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

05/25/2006

Dear Customer:

The following is the proof of delivery you requested with the tracking number **791863128473**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 265 CHURCH |
| **Signed for by:** | G.FOWLER | **Delivery date:** | Feb 16, 2006 09:47 |
| **Service type:** | Priority Overnight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 791863128473 | **Ship date:** | Feb 15, 2006 |

**Recipient:**
WIGGIN & DANA ATTORNEY PENNY S
265 CHURCH STREET
NEW HAVEN, CT 06508 US

**Shipper:**
HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE, NC 28270 US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

EXHIBIT B

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
28270
(204) 657 -5252

Wiggin & Dana
Attorney James Craven
265 Church Street , P.O. Box 1832
New Haven, Ct 06508-1832

Friday, August 12, 2005

Dear Attorney Craven,

When I arrived home today from my trip up north, I found the re-drafted Authorizations waiting here as promised. They're perfect, and re-written just as we agreed.

Thank you for deleting the portion relating to any requirement of release to the law firm of Jacobs, Grudberg, Bell, Dow and Katz, and for being reasonable about editing the rest of the Authorization so that it is much more specific to your law firm, and less open ended. I have no objections to it now.

The re-drafted Authorizations enclosed are signed with an original signature in blue ink, and each Authorization is specific only to the individual physician specifically identified by name at the top of each one. There are four signed releases in all, to four difference physicians.

Today, Friday, August 12, 2005 was my first opportunity to review and sign the re-drafted Authorizations, and mail them back out to you, since as you know, I had to leave to go out of state on Tuesday, August 9, 2005, and so was not here in North Carolina when the re-drafted Authorizations arrived here the following day on Wednesday, August, 10, 2005.

The friend that I arranged to have sign for the Fed Ex containing the new edited Medical Authorizations when I was away, so that the Fed Ex wouldn't be sent back to you as undeliverable due to my absence, could obviously however not have signed the Medical Authorizations themselves.

Though your paralegal, Diana Coppolla had previously promised me back on Thursday, August 4, 2005, that she was going to immediately mail out the re-drafted Authorization that same day of Thursday, August 4, 2005, by Overnight Fed Ex, as you know she didn't end up doing so.

When you called me the following day on Friday, August 5, 2005, you said that you

hp LaserJet 3380

704-675-5252
Feb-14-2006 11:03PM

Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 280 | 2/14/2006 | 10:57:51PM | Send | 12037822889 | 5:13 | 5 | OK |




