# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN)<br>Plaintiff | : <br> : <br> : |
| v. | :    CIVIL ACTION NO.<br> :    3-02-cv-1973 (JCH)<br> : |
| YALE MEDICAL GROUP, ET AL<br>Defendants | :    JUNE 30, 2006<br> : |

## ORDER

The pro se plaintiff has requested the opportunity to file her pleadings electronically. See Motion Relating to Illegal Tampering of Plaintiff Mail and Illegal Entry Into Plaintiff's Home (Doc. No. 114). At oral argument, plaintiff clarified that she wished not to docket her pleadings electronically (which the District's procedures prohibit), but to be able to submit her paper pleadings with a disc containing her pleading in .pdf format. The court GRANTS the plaintiff the right to submit a disc containing a .pdf formatted copy of any pleading she files in paper. Only the exact duplicate of the filed pleading should be on the disc, and nothing further.

Attached to this order are "Tips On Preparing Your Documents and Disks" which the plaintiff should familiarize herself and follow.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of June, 2006.

/s/ Janet C. Hall
United States District Judge

# TIPS ON PREPARING YOUR DOCUMENTS AND DISKS

## DOCUMENTS

May not exceed 1.5 mb when converted to .pdf form.

**Preferred method of creating .PDF documents:** from word processing software.

**Acceptable method of creating .PDF documents, _with reservations:_** scanning the document using scanner software. **If scanning:** make sure your documents are complete, right side up and legible - MANY ARE NOT!

**With the exception of exhibits, do not merge different documents into one .pdf file** (e.g., appearance and motion to extend time = two different documents, should be two separate .pdf files).

Documents may consist of several components, each of which **must be separate .pdf files which cannot exceed 1.5 mb. Examples of components:**

>   Motion (26 kb) (separate .pdf)
>   Memorandum Part 1 (1.0 mb)(separate .pdf)
>   Memorandum Part 2 (900 kb)(separate .pdf)
>   Exhibits 1-20 (1.0 mb)(separate .pdf)
>   Exhibits 21-30 (1.2 mb)(separate .pdf)

If your document cannot meet the filing size restrictions, submit it in paper **accompanied by a Notice of Manual Filing** (available on the court's ECF website at www.ctd.uscourts.gov/cmecf). The Notice of Manual Filing must be submitted **BOTH** in paper and in .pdf form. _**Making a notation on your disk that something is filed in paper is not sufficient to comply with the Notice of Manual Filing requirements.**_

**Once your document is in .PDF format:**
    -**Verify** that the correct document is being submitted - view it FIRST to verify that it is the one to be filed.

    -Make sure documents are **not "locked"** or password protected (Acrobat has a default security setting that must be changed!).

If you are unable to create any .pdf documents, you must accompany your paper documents with a Notice of Manual Filing and indicate that you are unable to produce documents in .pdf form.

**Unless the case is approved as an electronically filed case, you are required to serve all documents, in the conventional manner, on all parties to the case.**

**Certificates of service are still required on any document filed in paper or in electronic format.**

## DISKS

Disks may contain **multiple documents for the same case, in separate .pdf files** and **each document must comply with the size requirements** outlined in Section 1F3, Electronic Filing and Procedures Manual.

Label the disk identifying the contents and the docket number.

If using a CD, submit all documents for one case on one disk.

Use separate disks for each case number. **DO NOT** combine documents for different cases on the same disk.

If you want the disk returned to you, include a self-addressed, postage paid mailer.

Updated as of June 29, 2006 (9:07am)