UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA EGAN (a/k/a HADLEY MACPHERSON), | : |
| Plaintiff, | : |
| v. | : CASE NO. 302CV1973 (JCH) |
| YALE MEDICAL GROUP, YALE-NEW HAVEN HOSPITAL, YALE PLASTIC SURGERY, YALE UNIVERSITY and DR. JOHN PERSING, | : |
| Defendants. | : JULY 5, 2006 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, defendants, Yale University d/b/a Yale Medical Group and Yale Plastic Surgery, Yale-New Haven Hospital, and Dr. John Persing ("defendants"), move for partial summary judgment on plaintiff's Amended Complaint, dated January 24, 2004, on several grounds. First, to the extent that plaintiff is alleging a medical malpractice claim, defendants move for judgment because plaintiff does not have an expert to testify that defendants deviated from the standard of care. Second, defendants move for entry of summary judgment to the extent plaintiff is claiming fraud, intentional tort, intentional infliction of emotional distress, recklessness, assault and battery and trespass because plaintiff has not alleged the necessary elements or facts to support such theories of liability. Finally, to the extent that plaintiff is alleging an informed consent claim, the defendant, Yale-New Haven Hospital, moves for entry of summary judgment on the ground that a Hospital has no duty to obtain consent of a patient in a situation such as that claimed by the plaintiff and, accordingly, an action for lack of informed consent may not be brought against the Hospital. Therefore, plaintiff is left with a single claim – lack of informed consent – against Dr. Persing and Yale University. In support of this Motion, defendants rely on the attached Memorandum of Law.

RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE UNIVERSITY D/B/A
YALE MEDICAL GROUP AND
YALE PLASTIC SURGERY
YALE-NEW HAVEN HOSPITAL
AND JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400; Fax: (203) 782-2889
Email: pseaman@wiggin.com
       kbudge@wiggin.com

## CERTIFICATION

I hereby certify that on this 5th day of July 2006, a copy of the foregoing was sent via Federal Express to the following pro se party of record:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC 28270

_____
Kevin S. Budge

\487\5009\578577.1

3