UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON (EGAN) | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-02-cv-1973 (JCH) |
| | : | |
| YALE MEDICAL GROUP, ET AL | : | JULY 5, 2006 |
|     Defendants | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

_____  All purposes, except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_  A ruling on all pretrial motions, except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

_____  A ruling on the following motion(s) which are currently pending:

\_\_\_  A conference to discuss the following:

\_\_\_\_√\_\_\_\_  A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 5th day of July, 2006.

                                                       /s/ Janet C. Hall_____
                                                       Janet C. Hall
                                                       United States District Judge