UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON (EGAN) | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-02-cv-1973 (JCH) |
| | : | |
| YALE MEDICAL GROUP, ET AL | : | JULY 14, 2006 |
|     Defendants | : | |

**ORDER**

On June 19, 2006, the court held oral argument on a number of pending motions in this case. See Doc. No. 128. While the pro se plaintiff and defense counsel were before the court, the court scheduled various deadlines for the parties. Subsequently, the plaintiff has moved for relief under Rule 60(a) of the Federal Rules of Civil procedure for the court to correct and complete the docket. Plaintiff states that the minute entry reflecting the court appearance on June 19, 2006, does not reflect the deadlines set by the court, and thus the docket entry is incomplete and incorrect.

The plaintiff was present in court and thus received the court's scheduling orders. However, in this instance, the court will set forth in this Order the dates previously set on June 19, 2006:

The court ordered the plaintiff to file her responses to the defendants' Second Set of Interrogatories and Requests for Production (served July 27, 2005) no later than 15 days after June 19, 2006, or July 5, 2006 (the fifteenth day falling on a federal holiday). That date having passed, defendants have filed a Motion to Dismiss based on their representation that no responses were served. See Motion to Dismiss (Doc. No.

- 1 -

138).  Given the pendency of the instant Motion to Correct, the court sua sponte extends that deadline of July 5, 2006, to July 25, 2006.  If no responses are served by July 25, 2006, the defendants may file a short supplement to their pending Motion to Dismiss.

The court also, on June 19, set a schedule for the filing of a dispositive motion by the defendants.  The court set two weeks as the deadline for that filing.  The court further set deadlines for plaintiff's opposition to the Motion for Summary Judgement as follows: the plaintiff's opposition, including a memorandum of law (not to exceed the page limit set in the Local Rules), supporting evidence, and her Rule 56 a(2) statement, must be filed in this court within 27 days of the date defendants mailed their summary judgment motion papers to plaintiff.  The defendants are to reply in accordance with the Local Rules.

Plaintiff also requested in her motion that she be permitted to file her pleadings in .pdf form.  The court has already issued an Order on that request.  See Doc. No. 131.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 14th day of July, 2006.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge