UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LISA EGAN (a/k/a HADLEY MACPHERSON), :
:
Plaintiff, :
: CASE NO. 302CV1973 (JCH)
v. :
:
YALE UNIVERSITY, :
YALE MEDICAL GROUP, :
YALE PLASTIC SURGERY, YALE-NEW :
HAVEN HOSPITAL, AND :
DR. JOHN PERSING :
: JULY 26, 2006
Defendants. :
:

---

## SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS DATED JULY 11, 2006

Pursuant to Rule 41 (b) of the Federal Rules of Civil Procedure, defendants, Yale University, Yale Medical Group, Yale Plastic Surgery, Yale-New Haven Hospital, and Dr. John Persing ("defendants"), file this supplemental memorandum in support of their Motion to Dismiss dated July 11, 2006, and move that the Court dismiss plaintiff's action for failure to comply with the Court's July 14, 2006 Order. That Order required plaintiff to provide defendants with responses to their July 27, 2005 Second Set of Interrogatories and Requests for Production (the "Interrogatories") by July 25, 2006. *See* July 14, 2006 Order, attached as Exhibit A.

Despite the Court's July 14, 2006 Order, which specifically ordered plaintiff to serve her responses to the Interrogatories by July 25, 2006, as of the date of this motion, no responses have been received.

For the foregoing reasons and those outlined in defendants July 11, 2006 Motion to Dismiss, defendants respectfully request that the Court grant their Motion to Dismiss and enter a judgment dismissing plaintiff's action with prejudice.

RESPECTFULLY SUBMITTED BY
DEFENDANTS,
YALE UNIVERSITY,
YALE MEDICAL GROUP,
YALE PLASTIC SURGERY,
YALE-NEW HAVEN HOSPITAL, AND
JOHN PERSING, M.D.

By: _____
Penny Q. Seaman (ct05813)
Kevin S. Budge (ct19097)
Wiggin and Dana LLP
P. O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
Email: pseaman@wiggin.com
       kbudge@wiggin.com

## **CERTIFICATION**

I hereby certify that on this 26th day of July 2006, a copy of the foregoing was served via Federal Express to the following pro se party of record:

Lisa Egan, n/k/a Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270

_____
Kevin S. Budge

# EXHIBIT A

Case 3:02-cv-01973-JCH    Document 143    Filed 07/26/2006    Page 4 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN)<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO.<br>: 3-02-cv-1973 (JCH)<br>: |
| YALE MEDICAL GROUP, ET AL<br>Defendants | : JULY 14, 2006<br>: |

ORDER

On June 19, 2006, the court held oral argument on a number of pending motions in this case. See Doc. No. 128. While the pro se plaintiff and defense counsel were before the court, the court scheduled various deadlines for the parties. Subsequently, the plaintiff has moved for relief under Rule 60(a) of the Federal Rules of Civil procedure for the court to correct and complete the docket. Plaintiff states that the minute entry reflecting the court appearance on June 19, 2006, does not reflect the deadlines set by the court, and thus the docket entry is incomplete and incorrect.

The plaintiff was present in court and thus received the court's scheduling orders. However, in this instance, the court will set forth in this Order the dates previously set on June 19, 2006:

The court ordered the plaintiff to file her responses to the defendants' Second Set of Interrogatories and Requests for Production (served July 27, 2005) no later than 15 days after June 19, 2006, or July 5, 2006 (the fifteenth day falling on a federal holiday). That date having passed, defendants have filed a Motion to Dismiss based on their representation that no responses were served. See Motion to Dismiss (Doc. No.

-1-

138). Given the pendency of the instant Motion to Correct, the court sua sponte extends that deadline of July 5, 2006, to July 25, 2006. If no responses are served by July 25, 2006, the defendants may file a short supplement to their pending Motion to Dismiss.

The court also, on June 19, set a schedule for the filing of a dispositive motion by the defendants. The court set two weeks as the deadline for that filing. The court further set deadlines for plaintiff's opposition to the Motion for Summary Judgement as follows: the plaintiff's opposition, including a memorandum of law (not to exceed the page limit set in the Local Rules), supporting evidence, and her Rule 56 a(2) statement, must be filed in this court within 27 days of the date defendants mailed their summary judgment motion papers to plaintiff. The defendants are to reply in accordance with the Local Rules.

Plaintiff also requested in her motion that she be permitted to file her pleadings in .pdf form. The court has already issued an Order on that request. See Doc. No. 131.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 14th day of July, 2006.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

- 2 -