UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HADLEY MACPHERSON (EGAN)　　　　　　　　3:02CV01973 JCH

v.

DR. JOHN PERSHING, YALE NEW
HAVEN HOSPITAL, YALE UNIVERSITY,
and YALE MEDICAL GROUP

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United State District Judge, as a result of the defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 21, 2006, entered a Ruling Re: Motion to Dismiss, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED, that the complaint is hereby dismissed and the case is closed.

SO ORDERED.

Dated at Bridgeport, Connecticut this 22nd day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　KEVIN F. ROWE, Clerk


　　　　　　　　　　　　　　　　　　　　　　　　By  /s/Catherine Boroskey
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

EOD_____