FORM 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Hadley Macpherson (Lisa Egan)

v.

Dr. John Persing
Yale University
Yale New Haven Hospital
Yale Medical Group

CIVIL CASE NO. 3:02CV1973 JCH

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), Hadley Macpherson (Lisa Egan) hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (describe the Judgment or Order):
Judgment for the Defendants for failure to comply with Discovery Order issued orally on June 19, 2006
See back of sheet for all other Orders being appealed of

Listed here also

2. The Judgment /Order in this action was entered on JUDGMENT ON SEPTEMBER 22, 2006   RULING ON SEPTEMBER 21, 2006
(date)

1) All Oral orders issued on June 19, 2006

2) Oral order barring attendant issued on June 23, 2005, and barring addition of new parties

3) Orders 60, 63, 65, 80, 85, 88, 97, 99, 100 written

See back

Date: October 20, 2006
Machine say October 21, 2006 but mistake
It is still within 30 days however, either way.

Hadley Macpherson (Lisa Egan)
Signature

Hadley Macpherson (Lisa Egan)
Print Name

2015 McKenzie Creek Drive
Charlotte, North Carolina  28270
Address

704-675-5252
Telephone Number

**Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).**

14) ...
15) Order 100 grant motion to Quash
16) order

June 19, 2006 Oral Orders:
1) Order denying plaintiff opportunity to Amend Complaint
2) Order denying plaintiff opportunity to add parties
3) Order denying plaintiff opportunity to add claims for destruction of medical record
4) Order staying plaintiff's Objection to Motion to Dismiss filed by Defendant
5) Order Ordering plaintiff to respond to July 2005 Interrogatories
6) Order staying plaintiff ... to respond to Summary Judgment
7) June 22, 2006 Oral Order denying plaintiff right to Amend Complaint and add new parties
8) Order Go ... December 21, 2004 Order extending deft. release of Time to Answer
9) Order Grant deft. extension of time to Answer — also Order Grant deft extension of time to Answer
10) Order 50 day plaintiff's Rule 60 motion
11) Order 55 regard 26a(2)
12) Order 88 grant time to file dispositive motion
13) Order 57 as party objected notice to file dispute

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HADLEY MACPHERSON (EGAN)

v.

3:02CV01973(JCH)

DR. JOHN PERSHING, YALE NEW
HAVEN HOSPITAL, YALE UNIVERSITY,
and YALE MEDICAL GROUP

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United State District Judge, as a result of the defendants' motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 21, 2006, entered a Ruling Re: Motion to Dismiss, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED, that the complaint is hereby dismissed and the case is closed.

SO ORDERED.

Dated at Bridgeport, Connecticut this 22nd day of September, 2006.

KEVIN F. ROWE, Clerk

By _Catherine Borshe_
Deputy Clerk

EOD 9-22-06

144

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 SEP 21 P 4:07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| HADLEY MACPHERSON (EGAN) Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 3-02-cv-1973 (JCH) |
| YALE MEDICAL GROUP, ET AL Defendants | : | SEPTEMBER 21, 2006 |

**RULING RE: MOTION TO DISMISS (Doc. No. 138)**

This action was commenced by the plaintiff, Hadley MacPherson (now Egan), on November 6, 2002. It has now gotten to a point where, despite the explicit verbal and written order of the court to answer discovery, the plaintiff has failed to do so. Therefore, based on the following, the court grants the defendants' Motion to Dismiss (Doc. No. 138) for failure to comply with the court's Order, on the record on June 19, 2006 (Transcript, Doc. No. 139) and in writing by Order dated July 14, 2006 (Doc. No. 142), to file her responses to the defendants' July 2005 discovery, initially by July 5, 2006, and extended by the written Order to July 25, 2006.

A brief description of the course of this litigation is in order. The defendants filed a Motion to Dismiss on March 26, 2003 (Doc. No. 4). An opposition would have been due under the Local Rules on April 16, 2003. However, the plaintiff filed twelve Motions to extend the time in which she could respond to the Motion. See Doc. Nos. 9, 11 - 18, 20, 22 and 24. Eventually, on January 26, 2004, the plaintiff filed an Amended Complaint. The defendants responded by filing Motions to Dismiss on February 17, 2004 and against on April 8, 2004 (Doc. Nos. 26 and 30). Responses would have been due on the latter-filed Motion no later than April 29, 2004. The plaintiff again filed