# UNITED STATES DISTRICT COURT

## OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| **HADLEY MACPHERSON (EGAN)** | 3:02CV1973 JCH |
| v. | |
| **DR. JOHN PERSING** | HON. JANET HALL |
| **YALE UNIVERSITY** | |
| **YALE NEW HAVEN HOSPITAL** | OCTOBER 21, 2006 |
| **YALE MEDICAL GROUP** | |

## CORRECTED NOTICE OF APPEAL

This corrected Notice of Appeal is intended to more legibly and accurately describe the Orders and Rulings being appealed of, which were previously named and/or referenced in handwritten form on the original Notice of Appeal.

Pursuant to F.R.A.P. 4(a)(1), Hadley Macpherson, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment and Order/Rulings, in chronological order, from most recent :

1. **September 22, 2006 Judgment,** [entered on docket on September 22, 2006 as **145** ] in favor of the defendants, granting Dismissal, for the plaintiff's failure to answer the defendants "Second Set of Interrogatories and Requests for Production" dated July 27, 2005.

1

2. **September 21, 2006 Ruling/Order**, [entered on docket on September 21, 2006 as **144**], granting the defendants' Motion to Dismiss [ **138** ].

3. **June 19, 2006 Oral Order/Ruling**, (appearing in the Transcript of the June 19, 2006 Hearing and later docketed as [ **142** ]), ordering the plaintiff to answer the defendants' "Second Set of Interrogatories and Requests for Production" dated July 27, 2005.

4. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing), striking the plaintiff's responses to the defendants' Motion to Dismiss [ **103** ], that being the plaintiff's Objection [ **115** ], Amended Objection and attached Exhibits A – Z [ **117** ], attached Affidavit of Hadley Macpherson [ **119** ], attached Memorandum of Law [ **120** ] filed in support of [ **117** ] and Additional Exhibits [ **121** ], and Supplemental Memorandum of Law [ **122** ], filed in support of plaintiff's Amended Objection [ **117** ] to the defendants Motion to Dismiss [ **103** ].

5. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing), stating the Court's refusal to investigate or address the fraudulent and tortious acts of the counsel for the defendants regarding a) the defendants' "Second Set of Interrogatories and Requests for Production" dated July 27, 2006, b) the "Authorization for Release of Medical Information" forms which attempted to force disclosure to outside law firms,

2

c) <u>the defendants destruction, alteration, and withholding of the plaintiff's medical records</u>, and d) <u>the Courts receipt and consideration of Attorney Kevin Budge's ex parte letter dated January 28, 2006.</u>

6. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing) <u>denying the plaintiff's request to file an Amended Complaint</u>.

7. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing) <u>denying the plaintiff's request to add new claims for the defendants' destruction, alteration, and withholding of the plaintiff's medical records.</u>

8. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing) <u>denying the plaintiff's request to add new party defendants.</u>

9. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing), <u>refusing to enforce the penalties for the defendants failure to comply with the Rule 56 requirements</u>, and <u>permitting defendants to re-file their Summary Judgment instead of holding the defendants to the Rule 56 requirements and penalties.</u>

10. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing), <u>striking and/or ignoring plaintiff's Objection and attached supporting</u>

3

Affidavits of Hadley Macpherson [ **126** ] filed in response to the defendants' Motion for Summary Judgment [ **105** ].

11. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing) permitting the defendants to re-file a Motion to Dismiss aiming to strike one of the two Counts of the plaintiffs' Amended Complaint, though the Court already ruled on that issue in the plaintiff's favor in its Ruling rendered back on October 29, 2004 [ **58** ], when it granted the plaintiff the legal right to split her claims into Count One and Count Two in this case, and denied the defendants Motion to Dismiss [ **30** ] which sought to strike Count One and/or Count Two of the Amended Complaint [ **25** ].

12. **June 19, 2006 Oral Order/Ruling**, (not entered on the docket or issued in written form, but appearing only in the Transcript of the June 19, 2006 Hearing) denying the plaintiff's request to be able to electronically file her pleadings.

13. **February 13, 2006 Written Order/Ruling** [ **100** ] granting [ **95** ] Motion to Quash of Dr. Alan Brackup.

14. **February 9, 2006 Written Order/Ruling** [ **99** ] granting Motion for Protective Order [ **90** ], Motion for Protective Order and Motion to Quash [ **91** ] for Cynthia Gaillard, Deidre Stowe, Marion Lane, Helen Roginiel and Dr. Gary Price.

15. **February 1, 2006 Order/Ruling** [ **97** ] granting defendants another extension of their Dispositive Motion deadline, that being until February 28, 2006, in response to Attorney Kevin Budge's Exparte Letter dated January 28, 2006.

16. **February 1, 2006 Order/Ruling** [ **97** ] ordering the plaintiff to file her responses to the defendants' "Second Set of Interrogatories and Requests for Production" dated July 27, 2005, by the deadline of February 14, 2006, or she would be dismissed.

17. **December 6, 2005 Order/Ruling** [ **88** ] granting defendants Motion for Extension of Time to file their Dispositive Motions [ **87** ] , giving defendants two more additional months, that being until January 30, 2006.

18. **July 12, 2005 Order/Ruling** [ **80** ] denying plaintiffs Motion for Relief under Rule 60 (b) [ **77** ] and Memorandum filed in Support [ **78** ] .

☆ also
19. **January 6, 2005 Order/Ruling** [ **65** ] granting defendants' Second Motion for Extension of Time to file Answer [ **64** ] to Amended Complaint [ **25** ].

20. **December 21, 2004 Order/Ruling** [ **60** ] granting defendants' Motion for Extension of Time to file Answer [ **59** ] to Amended Complaint [ **25** ] .

_October 21, 2006_
Date

_Hadley Macpherson_
Signature

also
☆ June 23, 2005 Order/Ruling denying plaintiff opporty to Amend to add new parties and to add claims for alteration, destruction, and withholding of plaintiffs medical records.

Hadley Macpherson
Printed Name
2015 McKenzie Creek Dr.
Address
Charlotte, NC, 28270
City, State, Zip Code
704-675-5252
Telephone

5

Respectfully Submitted,

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Caroline
28270
(704) 675-5252

## CERTIFICATION

   This is to certify that a copy of the foregoing has been delivered/sent this October 22, day of ~~[redacted]~~, 2006, to Attorney Penny Seaman, of Wiggins and Dana, 265 Church Street, P.O. Box 1832, New Haven Connecticut, 06508 - 1832.

Respectfully,

*Hadley Macpherson*
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252