UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1973 (JCH) |
| | : | |
| YALE NEW HAVEN HOSPITAL, | : | OCTOBER 27, 2006 |
| ET AL | : | |

**RULING RE: MOTION FOR RELIEF**

Motion denied.  The court issued a written Ruling on July 14, 2006.  (Dkt. No.

142).  To the extent the court addressed matters, not reflected in Doc. Nos. 142, 128

and 129, the transcript, which can be ordered from the court reporter, serves as the

record of the full proceedings on June 19, 2006.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of October, 2006.


/s/ Janet C. Hall
Janet C. Hall
United States District Judge