

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK



Date: 12/18/06
Docket Number: 06-4922-cv
Short Title: Egan v. Yale Med Group
DC Docket Number: 02-cv-1973
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of December, two thousand six.

Lisa Egan,

    Plaintiff,

Hadley Macpherson,

    Plaintiff-Appellant,

        v.

Yale Med Group, Yale-New Haven Hospital,

    Defendant-Appellee.

Yale Plastic Surgery,

    Defendant,

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 09/21/06 United States District Court for the Second Circuit be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Thomas Asreen, Acting Clerk

*Ahronda Crossman*

By: Ahronda Crossman
Deputy Clerk

A TRUE COPY
Thomas Asreen, Acting Clerk

by *Ahronda Crossman*
Deputy Clerk

CERTIFIED: DEC 1 8 2006