UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Thomas Asreen
ACTING CLERK

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of DECEMBER, two thousand six.

Lisa Egan,

   Plaintiff,

Hadley Macpherson,

   Plaintiff-Appellant,

v.

Yale Med Group, Yale-New Haven Hospital,

   Defendant-Appellee.

Yale Plastic Surgery,

   Defendant,

John Persing, Yale University,

   Defendant-Appellee.

3:02 cv 1973 (JCH)
06-4922 cv

The Court noting that an order dismissing the appeal having been entered in error on 12/18/06.

IT IS HEREBY ORDERED that the order vacated; and it is further noted that the is reinstated.

For the Court,
Thomas Asreen, Acting Clerk

By: Eddie Andino
Deputy Clerk