**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

**Thomas Asreen**
ACTING CLERK

Date: 12/26/06
Docket Number: 06-4922-cv
Short Title: Egan v. Yale Med Group
DC Docket Number: 02-cv-1973
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

Dear Appeals Coord.

An order has been entered by this court recalling and staying the mandate reissuance of the mandate of this court in the above-entitled case.

The mandate was issued to your office on 12/18/06.

Please return the mandate to me so that I may hold it pursuant to the court^s order.

I enclosed herein a certified copy of the above-mentioned order for your files.

Very truly yours,

Thomas Asreen, Acting Clerk

By: _____
Eddie Andino
Deputy Clerk