# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

DCCT/NHCT
02 cv 1973
Hall

Thomas Asreen
ACTING CLERK

Date: 5/29/07
Docket Number: 06-4922-cv
Short Title: Egan v. Yale Med Group
DC Docket Number: 02-cv-1973
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Janet Hall

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of MAY, two thousand seven.

Lisa Egan,

~~Plaintiff,~~

Hadley Macpherson,

Plaintiff-Appellant,

v.

Yale Med Group, Yale-New Haven Hospital, John Persing, Yale University,

Defendant-Appellee.

Yale Plastic Surgery,

Defendant.

UNITED STATES COURT OF APPEALS
FILED
MAY 29 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
        DEPUTY CLERK

For the Court,
Thomas Asreen, Acting Clerk

By: Eddie Andino
Deputy Clerk

CERTIFIED: 5/29/07